# EXHIBIT 1

HHS (http://www.hhs.gov/)     (http://www.hrsa.gov/)

Organ Procurement and Transplantation Network (/)

# Build Advanced

Home » Data » View Data Reports » Build Advanced » Waitlist : Age Type by Transplant Center

**Waitlist : Age Type by Transplant Center**
Current U.S. Waiting List
For Organ = Liver, Count = Registrations, Format = Portrait
Based on OPTN data as of April 16, 2019

|  | All Ages | Pediatric | Adult |
|---|---:|---:|---:|
| All Centers | 13,541 | 397 | 13,144 |
| ALCH-TX1 Children's of Alabama | 6 | 6 | 0 |
| ALUA-TX1 Univ of Alabama Hospital | 172 | 0 | 172 |
| ARUA-TX1 UAMS Medical Center | 46 | 0 | 46 |
| AZCH-TX1 Phoenix Children's Hospital | 8 | 8 | 0 |
| AZGS-TX1 Banner- University Medical Center | 36 | 0 | 36 |
| AZMC-TX1 Mayo Clinic Hospital | 95 | 0 | 95 |
| AZSJ-TX1 St Joseph's Hospital & Medical Center | 29 | 0 | 29 |
| AZUA-TX1 Banner University Medical Center | 27 | 0 | 27 |
| CACL-TX1 Childrens Hospital Los Angeles | 23 | 21 | 2 |
| CACS-TX1 Cedars-Sinai Med Center | 154 | 0 | 154 |
| CAGH-TX1 Scripps Green Hospital | 63 | 0 | 63 |
| CALL-TX1 Loma Linda Univ Med Ctr | 116 | 0 | 116 |
| CAMB-TX1 UCSF Medical Center at Mission Bay | 10 | 8 | 2 |
| CAPC-TX1 Lucile Salter Packard Children's Hosp | 19 | 11 | 8 |
| CAPM-TX1 California Pacific Med Ctr | 222 | 0 | 222 |
| CASD-TX1 UCSD Medical Center | 119 | 0 | 119 |
| CASF-TX1 Univ of CA San Francisco Med Ctr | 760 | 1 | 759 |
| CASU-TX1 Stanford Health Care | 263 | 0 | 263 |
| CASV-TX1 St. Vincent Medical Center | 7 | 0 | 7 |
| CAUC-TX1 UCLA Medical Center | 455 | 34 | 421 |
| CAUH-TX1 Keck Hospital of USC | 262 | 0 | 262 |
| COCH-TX1 Children's Hospital Colorado | 7 | 7 | 0 |
| COPM-TX1 Centura Porter Adventist Hosp | 21 | 0 | 21 |
| COSL-TX1 Presbyterian/ St Luke's Medical Ctr. | 71 | 0 | 71 |
| COUC-TX1 University of Colorado Hospital/HSC | 245 | 0 | 245 |
| CTHH-TX1 Hartford Hospital | 36 | 0 | 36 |
| CTYN-TX1 Yale New Haven Hosp | 118 | 7 | 111 |
| DCGU-TX1 Georgetown Univ Med Ctr | 256 | 20 | 236 |
| DEAI-TX1 Alfred I duPont Hospital for Children | 6 | 5 | 1 |
| FLBC-TX1 Broward Health Medical Center | 24 | 0 | 24 |

|  | All Ages | Pediatric | Adult |
|---|---:|---:|---:|
| FLCC-TX1 Cleveland Clinic Florida Weston | 56 | 0 | 56 |
| FLFH-TX1 Florida Hospital Medical Center | 36 | 2 | 34 |
| FLJM-TX1 Jackson Memorial Hospital | 92 | 5 | 87 |
| FLLM-TX1 Largo Medical Center | 9 | 0 | 9 |
| FLSL-TX1 Mayo Clinic Florida | 100 | 0 | 100 |
| FLTG-TX1 Tampa General Hospital | 93 | 0 | 93 |
| FLUF-TX1 UF Health Shands Hospital | 69 | 0 | 69 |
| GAEH-TX1 Children's Healthcare of Atlanta | 15 | 12 | 3 |
| GAEM-TX1 Emory University Hospital | 141 | 0 | 141 |
| GAPH-TX1 Piedmont Hospital | 190 | 0 | 190 |
| HIQM-TX1 The Queen's Medical Center | 25 | 0 | 25 |

*Data subject to change based on future data submission or correction.*

# Waitlist : Age Type by Transplant Center
Current U.S. Waiting List
For Organ = Liver, Count = Registrations, Format = Portrait
Based on OPTN data as of April 16, 2019

| | All Ages | Pediatric | Adult |
|---|---:|---:|---:|
| IAIV-TX1 The University of Iowa Hospitals and | 19 | 0 | 19 |
| ILCM-TX1 Ann & Robert H. Lurie Children's Hosp | 8 | 8 | 0 |
| ILLU-TX1 Loyola Univ Med Center | 127 | 0 | 127 |
| ILNM-TX1 Northwestern Memorial Hospital | 88 | 0 | 88 |
| ILPL-TX1 Rush University Med Ctr | 27 | 0 | 27 |
| ILUC-TX1 Univ of Chicago Med Ctr | 31 | 5 | 26 |
| ILUI-TX1 University of Illinois Medical Center | 87 | 0 | 87 |
| INIM-TX1 Indiana University Health | 93 | 4 | 89 |
| KSUK-TX1 University of Kansas Hospital | 106 | 0 | 106 |
| KYJH-TX1 Jewish Hospital | 41 | 0 | 41 |
| KYUK-TX1 Univ of Kentucky Med Ctr | 119 | 0 | 119 |
| LAOF-TX1 Ochsner Foundation Hospital | 84 | 1 | 83 |
| LATU-TX1 Tulane Medical Center | 10 | 0 | 10 |
| LAWK-TX1 Willis-Knighton Medical Center | 54 | 0 | 54 |
| MABI-TX1 Beth Israel Deaconess Med Ctr | 102 | 0 | 102 |
| MACH-TX1 Boston Children's Hospital | 12 | 5 | 7 |
| MALC-TX1 Lahey Clinic Med Ctr | 91 | 0 | 91 |
| MAMG-TX1 Massachusetts General Hospital | 289 | 4 | 285 |
| MAUM-TX1 UMass Memorial Medical Center | 340 | 0 | 340 |
| MDJH-TX1 Johns Hopkins Hospital | 361 | 6 | 355 |
| MDUM-TX1 Univ of Maryland Med System | 414 | 1 | 413 |
| MIBH-TX1 William Beaumont Hospital | 44 | 0 | 44 |
| MICH-TX1 Children's Hosp of Michigan | 1 | 1 | 0 |
| MIHF-TX1 Henry Ford Hospital | 182 | 0 | 182 |
| MIUM-TX1 Univ of Michigan Med Ctr | 166 | 6 | 160 |
| MNMC-TX1 Rochester Methodist Hosp- Mayo Clinic | 166 | 0 | 166 |
| MNSM-TX1 St Marys Hospital (Mayo Clinic) | 5 | 1 | 4 |
| MNUM-TX1 Univ. of Minnesota Medical Center | 115 | 3 | 112 |
| MOBH-TX1 Barnes-Jewish Hospital | 50 | 0 | 50 |
| MOCG-TX1 Cardinal Glennon Childrens Hosp | 3 | 3 | 0 |
| MOCH-TX1 St. Louis Children's Hospital | 6 | 3 | 3 |
| MOCM-TX1 Children's Mercy Hospital | 3 | 3 | 0 |
| MOLH-TX1 Saint Luke's Hospital of Kansas City | 22 | 0 | 22 |
| MOSL-TX1 SSM Health Saint Louis University Hos | 32 | 0 | 32 |
| MSUM-TX1 Univ of MS Med Ctr | 19 | 0 | 19 |
| NCCM-TX1 Carolinas Medical Center | 107 | 2 | 105 |
| NCDU-TX1 Duke University Hospital | 71 | 6 | 65 |
| NCMH-TX1 UNC Hospitals | 43 | 2 | 41 |
| NEUN-TX1 The Nebraska Medical Center | 138 | 12 | 126 |
| NJLL-TX1 Our Lady of Lourdes Med Ctr | 43 | 0 | 43 |
| NJUH-TX1 University Hospital | 89 | 0 | 89 |

*Data subject to change based on future data submission or correction.*

**Waitlist : Age Type by Transplant Center**
Current U.S. Waiting List
For Organ = Liver, Count = Registrations, Format = Portrait
Based on OPTN data as of April 16, 2019

|  | All Ages | Pediatric | Adult |
|---|---:|---:|---:|
| NYCP-TX1 New York-Presbyterian/Columbia | 173 | 8 | 165 |
| NYFL-TX1 Strong Memorial Hospital | 54 | 1 | 53 |
| NYMA-TX1 Montefiore Medical Center | 85 | 6 | 79 |
| NYMS-TX1 Mount Sinai Med Center | 375 | 5 | 370 |
| NYNY-TX1 New York-Presbyterian/Weill Cornell | 95 | 0 | 95 |
| NYUC-TX1 New York Univ Medical Center | 283 | 0 | 283 |
| NYWC-TX1 Westchester Medical Center | 82 | 0 | 82 |
| OHCC-TX1 Cleveland Clinic Foundation | 217 | 3 | 214 |
| OHCH-TX1 Nationwide Children's Hospital | 1 | 1 | 0 |
| OHCM-TX1 Children's Hosp Med Ctr | 29 | 21 | 8 |
| OHOU-TX1 Ohio State Univ Med Ctr | 108 | 0 | 108 |
| OHUC-TX1 University of Cincinnati Medical Cen | 141 | 0 | 141 |
| OHUH-TX1 University Hosp of Cleveland | 89 | 0 | 89 |
| OKBC-TX1 Integris Baptist Med Ctr | 126 | 1 | 125 |
| OKMD-TX1 OU Medical Center | 4 | 1 | 3 |
| ORUO-TX1 Oregon Health and Science University | 95 | 0 | 95 |
| ORVA-TX1 VA Portland Health Care System | 48 | 0 | 48 |
| PAAE-TX1 Albert Einstein Med Ctr | 46 | 0 | 46 |
| PAAG-TX1 Allegheny General Hosp | 48 | 0 | 48 |
| PACH-TX1 UPMC Children's Hosp. of Pittsburgh | 42 | 30 | 12 |
| PACP-TX1 Childrens Hosp of Philadelphia | 8 | 8 | 0 |
| PAGM-TX1 Geisinger Medical Center | 11 | 0 | 11 |
| PAHE-TX1 Penn State Milton S Hershey Med Ctr | 88 | 0 | 88 |
| PAHM-TX1 Hahnemann University Hospital | 24 | 0 | 24 |
| PAPT-TX1 Univ of Pittsburgh Med Ctr | 100 | 0 | 100 |
| PATJ-TX1 Thomas Jefferson Univ Hosp | 120 | 0 | 120 |
| PATU-TX1 Temple Univ Hospital | 31 | 0 | 31 |
| PAUP-TX1 The Hosp of the Univ of PA | 130 | 1 | 129 |
| PAVA-TX1 VA Pittsburgh Healthcare System | 68 | 0 | 68 |
| PRSJ-TX1 Auxilio Mutuo Hosp | 15 | 0 | 15 |
| SCMU-TX1 Medical Univ of SC | 50 | 5 | 45 |
| SDMK-TX1 Avera McKennan Hosp | 38 | 0 | 38 |
| TNLB-TX1 Le Bonheur Children's Med Ctr | 3 | 3 | 0 |
| TNMH-TX1 Methodist University Hospital | 41 | 0 | 41 |
| TNVU-TX1 Vanderbilt Univ Med Ctr | 171 | 6 | 165 |
| TXAS-TX1 Baylor Scott and White All Saints | 66 | 0 | 66 |
| TXBC-TX1 University Hospital | 153 | 0 | 153 |
| TXCM-TX1 Children's Med Ctr of Dallas | 22 | 19 | 3 |
| TXHH-TX1 Memorial Hermann Hospital | 34 | 4 | 30 |
| TXHI-TX1 CHI St. Luke's Health Baylor College | 242 | 0 | 242 |
| TXHS-TX1 Methodist Specialty & Transplant Hosp | 135 | 0 | 135 |

*Data subject to change based on future data submission or correction.*

Waitlist : Age Type by Transplant Center
Current U.S. Waiting List
For Organ = Liver, Count = Registrations, Format = Portrait
Based on OPTN data as of April 16, 2019

|  | All Ages | Pediatric | Adult |
| --- | --- | --- | --- |
| TXJS-TX1 Univ of Texas Med Branch | 59 | 0 | 59 |
| TXMC-TX1 Methodist Dallas Medical Center | 91 | 0 | 91 |
| TXMH-TX1 Houston Methodist Hospital | 326 | 0 | 326 |
| TXSP-TX1 UT Southwestern Medical Center/ | 124 | 0 | 124 |
| TXTC-TX1 Texas Children's Hospital | 20 | 16 | 4 |
| TXTX-TX1 Baylor University Medical Center | 73 | 0 | 73 |
| TXUC-TX1 University Children's Health | 4 | 4 | 0 |
| TXVA-TX1 Michael E. DeBakey VA Medical Center | 57 | 0 | 57 |
| UTLD-TX1 Intermountain Medical Center | 64 | 0 | 64 |
| UTMC-TX1 Univ of Utah Medical Center | 61 | 0 | 61 |
| UTPC-TX1 Primary Children's Hospital | 7 | 4 | 3 |
| VAMC-TX1 MCV Hospitals | 58 | 1 | 57 |
| VAUV-TX1 Univ of Virginia HSC | 109 | 2 | 107 |
| WACH-TX1 Seattle Children's Hospital | 14 | 13 | 1 |
| WASM-TX1 Swedish Medical Center | 61 | 0 | 61 |
| WAUW-TX1 Univ of Washington Med Ctr | 116 | 0 | 116 |
| WICH-TX1 Childrens Hosp of Wisconsin | 16 | 9 | 7 |
| WISE-TX1 Froedtert Mem Lutheran Hosp | 104 | 0 | 104 |
| WISL-TX1 Aurora St. Luke's Medical Center | 59 | 0 | 59 |
| WIUW-TX1 Univ of Wisconsin Hosp and Clinics | 117 | 2 | 115 |

*Data subject to change based on future data submission or correction.*

# Organ Procurement & Transplantation Network

This is an official U.S. Government Web site managed by the Health Resources and Services Administration (http://www.hrsa.gov), U.S. Department of Health & Human Services (http://www.hhs.gov/).

SITEMAP

Home (/)

Governance (/governance/)

Members (/members/)

Learn (/learn/)

Data (/data/)

Resources (/resources/)

RELATED SITES

HRSA (http://www.hrsa.gov)

HHS (http://www.hhs.gov)

Disclaimers (http://www.hrsa.gov/exitdisclaimer/hrsaexitdisclaimer.html)

Accessibility (http://www.hrsa.gov/about/508Resources.html)

CONNECT

Public Comment (/governance/public-comment/)

Make a Data Request (/data/request-data/)

Privacy Policy (http://www.hhs.gov/privacy.html)

Get Adobe Acrobat Reader (https://get.adobe.com/reader/)

Viewers & Players (http://www.hhs.gov/plugins.html)

Questions? (http://www.hrsa.gov/about/contact)

## CONTACT

Organ Procurement and Transplantation Network (https://optn.transplant.hrsa.gov/)

United Network for Organ Sharing (http://www.unos.org/)

Post Office Box 2484 (http://www.unos.org/)

Richmond, Virginia 23218 (http://www.unos.org/)

Freedom of Information (http://www.hrsa.gov/foia/index.html) | USA.gov (http://www.usa.gov)