# EXHIBIT 3

**CQ Congressional Transcripts**
Apr. 4, 2019

Apr. 04, 2019 Revised Final

# Senate Appropriations Subcommittee on Labor, Health and Human Services and Education Holds Hearing on Fiscal 2020 Budget Request for the Health and Human Services Department

## LIST OF PANEL MEMBERS AND WITNESSES

BLUNT:

The Appropriations Subcommittee on Labor, Health, Human Services, Education and Related Agencies will come to order. Secretary Azar, thank you for being here again this morning and for our efforts to work together that while they could always be better, I think we are about to get you staffed up to a point that that will no longer be the excuse. So we will think of what--what comes as the next reason this is not working the way it should. But I wanted to encourage you to continue to do that.

Obviously, this is a difficult budget for us to talk about and frankly I think it's a difficult budget for you to defend and we will see what we have to do here. The Budget Control Act has impact on this. In the case of the budget that you have been asked to submit it's--there is a reduction of 14 percent; the Budget Control Act would require an overall reduction in the nondefense discretionary spending of 9 percent so this budget exceeds even that.

I would say for the 9 percent as I mentioned last week with the Education Secretary you know President Trump didn't sign the Budget Control Act, President Obama did and you didn't vote for it and many of us, most of us who were here when we did the Budget Control Act did. So there's some shared responsibility in where that decision has led us but there will be a number of concerns that I imagine you have to share about what this budget asks for.

We have made a top priority in the years I have been Chairman of this committee insuring that medical research has the resources it needs at this particular time of real breakthrough potential to do what it does in a way that saves lives, improves lives and frankly benefits taxpayers as we find more solutions. As an example, if we could find a way to identify Alzheimer's and delay onset by five years, we would cut the projected cost for Alzheimer's by a third between now and 2050.

The cuts that you are proposing for NIH would be an overall cut of 12.6 percent in research or almost $5 billion. I am sure that's not going to happen but for that not to happen we have to have a number to work with that you don't have to work with yet and I believe we will have that number. You know we are not going to eliminate LIHE(PH) funding that provides 6 million households with heating and cooling assistance. This cuts resources that train lots of people for medical professions and behavioral health and pediatric dentistry and we are not likely to do any of those things.

I understand you had to make difficult decisions here. I do appreciate the two new initiatives that you have proposed and--and I will be supportive. I am sure--I believe the committee will be supportive of those. One, to eliminate the transmission of HIV in the United States by 2030. Phase 1 of the 10-year plan would infuse the hardest hit states and communities, Missouri is one of those, with additional resources, additional expertise, additional diagnostic and treatment options. And I am pleased to see that that is a new proposal as is the new pediatric cancer program to provide $5 million over the next decade to launch a major data project on childhood cancer. Now that runs pretty dramatically in the face of cutting overall NIH funding but I do think it gives us the opportunity to look even closer at pediatric cancer and factor that in as we continue to hopefully improve NIH funding.

In addition to these new programs I believe that mental health treatment needs to be heeded--needs to be treated as any other health issue and the budget request includes level funding for the certified community behavioral health clinics. Missouri is one of the eight pilot states in those clinics and 200 locations in our state treating behavioral health like all other health and we need to do more to encourage that.

The head of Barnes Jewish Hospital told me just last week he said quote I can't treat a person's diabetes until their schizophrenia is under control. And I believe we are going to find that if you do treat behavioral health like all other health you actually save more money on the other health care cost then you spend doing the right thing in behavioral health.

Finally the administration's ending the opioid epidemic is well reflected in this request. According to the Council of Economic Advisers the total economic cost of the opioid epidemic in 2017 was $684.6 billion, the cost to our economy, the cost to families of the opioid epidemic was that. According to Missouri Hospital Association this estimate suggests the epidemic cost the U.S. nearly $1.6 billion every day, $21,700 every second of every day through 2017.

The past four years this subcommittee has increased funding to combat the epidemic by more than $3.5 billion and we have had great bipartisan leadership on this of people who really on both sides of where I am sitting understand how this has impacted their states and have forcefully made that case.

I appreciate what you had to do to try to prioritize limited resources. We will try to do things that make those resources more realistic and I'm glad you are here today and I am glad you bring all of the expertise and ability you bring personally to this job and I would like to turn to my partner here in this effort, Senator Murray.


MURRAY:

Thank you very much Chairman Blunt. Welcome Secretary Azar.

People across the country made pretty clear last November that they want us to fight for their healthcare and make sure families get the care they need. That means fighting for protections that allow people with pre-existing conditions to get quality affordable health coverage. It means fighting to bring down the skyrocketing healthcare costs. It means fighting for public health investments that keep our communities safe and address crisis like the HIV and opioid epidemics and it means fighting for investments in research that can help discover new treatments, save lives.

But instead of fighting to defend people's healthcare President Trump is fighting in court to take healthcare away from millions of people who are cover through the exchanges, covered through Medicaid and are covered by their parents' plan. Instead of fighting to bring those costs down and help people get the care they need he is fighting in court against protections for over 130 million people with pre-existing conditions; for bringing back annual and lifetime caps on benefits even for people who let--who get their insurance through their own jobs and for letting insurance companies offer plans that don't cover essential services like maternity care prescription drugs. And President's--Trump budget before us is cut from that same cloth. It bulldozers right over the concerns of families with proposals that would make it harder for people to get care and cuts that would undermine the well-being of families across the nation.

Overall this budget proposes a deep $12.7 billion cut to the Department of Health and Human Services, slashing it by 14 percent. I always say a budget is a reflection of your values. Well, like many of his actions this budget tells a very different story about President Trump's healthcare priorities than his empty promises. Despite claiming time and time again he would fight for people's healthcare and despite his recent claim Republicans would be the party of healthcare President Trump is continuing to push for harmful policies that would weaken patient protections, take coverage away from people and put needed health care further out of reach. This budget includes Trump care which the Congressional Budget Office estimates would kick tens of millions of people off far worse by cutting over $1 trillion from Medicaid over the next decade and repealing Medicaid expansion. Medicaid is the largest source of insurance coverage for people with HIV covering more than 40 percent of people with HIV in care and the 37 states that expanded Medicaid show how we can play an important role in addressing the opioid crisis as well. In some of these states as many as four out of five people receiving treatment for opioid addiction are insured by Medicaid.

The centers for disease prevention plays a very important role addressing these public health crises and many others yet the trumpet administration proposes cutting its budget by a 10th. Their health insurance. When it comes to curbing the HIV and opioid epidemics President Trump promised to fight the fire but his budget actually fans the flames.

MURRAY:

It would make these crises far worse by cutting over $1 trillion from Medicaid over the next decade and repealing Medicaid expansion.

Medicaid is the largest source of insurance coverage for people with HIV, covering more than 40 percent of people with HIV in care. And the 37 states that expanded Medicaid show how it can play an important role in addressing the opioid crisis as well. In some of these states, as many as four out of five people receiving treatment for opioid addiction are insured by Medicaid.

The Centers for Disease Control and Prevention also plays a very important role addressing these public health crises and many others, yet the Trump administration proposes cutting its budget by a tenth. This proposes cutting immunization efforts by $78 million, even amid an alarming measles outbreak in my home state and several others.

It proposes cutting work on birth defects and disabilities by $44 million, and proposes cutting efforts to combat antibiotic-resistant pathogens and emerging infectious diseases by $103 million despite the World Health Organization labeling AMR "one of the biggest threats to global health."

And when it comes to medical research, this budget is a small step forward any marathon sprint back. I do applaud the administration's call for more pediatric cancer research. For every new penny President Trump proposes for pediatric cancer research, however, he proposes cutting a dollar from the National Institutes of Health. Cutting medical research by 13 percent, as he proposed, would slow our efforts to advance our understanding of Alzheimer's disease, develop vaccines for HIV and flu, and treatments and cures were every other kind of cancer.

And at a time when our nation is facing a health professional shortage, it's proposing to cut almost $800 million from healthcare workforce training programs that support tuition assistance, loan forgiveness, and training for several hundred thousand healthcare professionals annually.

This budget also continues the Trump/Pence administration's harmful trend of putting ideology over women's health and reproductive freedoms. It's language specifically excluding Planned Parenthood from federal funding is just one of the many alarming steps backwards for women's healthcare from this administration.

Another is the recent announcement stripping Title X family planning funds from several qualified Planned Parenthood affiliates, despite their proven record helping millions of people struggling to make ends meet, get birth control, cancer screenings, and other basic health services.

Another example is the administration's gag rule, which would push Planned Parenthood out of the program altogether, interfere with patient's ability to learn about their full range of reproductive care options, and prevent people from across the country from getting the care they need with the providers that they trust.

Once again, the Trump administration proposes eliminating safety net programs that provide critical assistance to millions of vulnerable families like the Low-Income Home Energy Assistance Program, which helps families afford heating and cooling, and the Community Services Block Grant, which gives states resources to address the challenge of poverty, and eliminating funding for preschool development grants, which provide high quality preschool to tens of thousands of families.

It's clear that we are facing a child care crisis in this country. Parents struggle every day to find and pay for high quality programs. We need more investments in that, not cuts, in early childhood education.

And this budget continues to show disregard for families fleeing violence and extreme poverty in Central America. This budget proposes a gimmicky $2 billion dollar contingency fund on the mandatory side for the Unaccompanied Children Program in addition to the base discretionary appropriation.

Let me be clear. I want to make sure that every child in HHS custody is well cared for, but I have been deeply disappointed in President Trump's treatment of migrant children, from

heartlessly separating children from their parents to attempting to undermine protections for migrant children, and I have been frustrated with your department for failing to sound the alarm on the lasting damage that family separation would cause, sharing information with the Department of Homelands Security so they can target potential sponsors for deportation and relying heavily on unlicensed, temporary facilities which are three times as expensive as permanent beds in licensed centers, to say nothing of my concern that the Office of Refugee Resettlement was tracking young women's reproductive health, and that former Director Scott Lloyd was personally interfering with young women's decisions about their bodies.

Finally, Mr. Secretary, I am concerned by a recent proposal you outlined in a letter to my office to restructure the Office for the Assistant Secretary for Health. That restructuring would impact programs that serve adolescents, women, low income communities and more, and I'm very concerned that that proposal, much like this budget proposal, would serve very little purpose beyond prioritizing ideology over the health needs of families in this country.

Mr. Secretary, finally I just want to note it is inaccurate to claim the Budget Control Act requires the President to submit his budget at sequestration levels. In fact, just two years ago President Trump's budget proposed an increase to the caps for defense spending. So, I hope you don't rely on that decisions in this budget.

Thank you very much, Mr. Chairman.


BLUNT:
Thank you, Senator Murray. So, Secretary Azar, you and I have talked about the--oh, I'm sorry. We want your--I'm sorry.

(LAUGHTER)

I'm so eager, I have so many questions I want to ask here, maybe you want to waive your opening statement. Go ahead with your opening statement.

AZAR:

Well, thank you very much, Chairman Blunt and Ranking Member Murray. Thank you for inviting me to discuss the president's budget for fiscal year 2020.

It's an honor to have spent the year since I last appear before this committee leading the Department of Health and Human Services. The men and women of HHS have delivered remarkable results during that time, including a record new and generic drug approvals, new affordable health insurance options and signs that the trend in drug overdose death is beginning to flatten and decline.

The budget proposes $87.1 billion in FY 2020 discretionary spending for HHS while moving toward our vision for a healthcare system that puts American patients first. It's important to note that HHS had the largest discretionary budget of any non-defense department in 2018, which means that staying within the caps set by Congress has required difficult choices that I'm sure many will find quite hard to countenance.

I know that members of this committee have delivered strong investments in HHS's discretionary budget in the past, especially at the National Institutes of Health, and I want to be clear that HHS appreciates this work over the years.

Today I want to highlight how the president's budget supports a number of important goals for HHS. First, the budget proposes reforms to help deliver Americans truly patient centered affordable care. The budget would empower states to create personalized healthcare options that put you, as the American patient, in control and ensure you are treated like a human being and not like a number. Flexibilities in the budget would make this possible while promoting fiscal responsibility and maintaining protections for people with pre-existing conditions.

Second, the budget strengthens Medicare by--to help secure our promise to America's seniors. The budget extends the solvency of the Medicare Trust Fund for eight years, while the program's budget will still grow at a 6.9 percent annual rate. In three major ways, the

budget lowers costs for seniors and tackles special interest that are currently taking advantage of the Medicare program.

First, we propose changes to discourage hospitals from acquiring smaller practices just to charge Medicare more. Second, we address overpayments to post-acute care providers. And third, we will take on drug companies that are profiting off of seniors and Medicare.

Through a historic modernization of Medicare Part D, we will lower seniors' out-of-pocket costs and create incentives for lower list prices. I believe there are many areas of common ground on drug pricing where we can work together to pass bipartisan legislation to help people. The efforts we've proposed around taking on special interests in the Medicare program are so sensible and bipartisan, in fact, that even the New York Times editorial board praised these ideas last week.

We also protect seniors by transferring funding for graduate medical education and uncompensated care from Medicare to the general Treasury fund so that all taxpayers, not just our seniors, share these important costs.

Finally, the budget fully supports HHS's five-point strategy for the opioid epidemic; better access to prevention, treatment, and recovery services; better targeting the availability of overdose reversing drugs, better data on the epidemic, better research on pain and addiction, and better pain management practices. The budget builds on appropriations made by this committee and provides $4.8 billion toward these efforts, including the $1 billion State Opioid Response Program, which we have focused on access to medication assisted treatment, behavioral support, and recovery services.

The budget also invests and other public health priorities, including fighting infectious disease at home and abroad. It proposes $291 million in new funding--in funding for the first year of President Trump's plan to use the effective treatment and prevention tools that we have today to in the HIV epidemic in America by 2030.

HHS also remains vigilant on other public health challenges, including the current epidemic of teen use of e-cigarettes. In fact, I am pleased to announce that today the FDA is issuing a

warning letters to companies for making, selling, or distributing liquids used for e-cigarettes that have misleading labeling or advertising that resembles prescription cough syrups.

The Trump administration supports a comprehensive, balanced policy approach to regulating e- cigarettes, closing the on-ramp for kids to become addicted to nicotine while allowing for the promise of an off-ramp for adult smokers of combustible tobacco products.

This year's budget will advance American healthcare and help deliver on the promises we made to the American people. And I look forward to working with this committee on our shared priorities, and I look forward to your questions today. Thank you very much.

BLUNT:

Well, thank you. Now--now we will get to those questions and I am hopeful that we can get through most of our questions by the vote and leave some time shortly after 1145 but if we don't, I will come back and there will be a second round of questions for anybody that wants it. So I would ask everybody including me to stick with their time limit.

So the first question I almost got into a moment ago is just about the new liver allocation policy, the solid organ allocation policy. Something that Senator Moran and I have been very interested in. We had one meeting with the organ transplant procurement network group and frankly our view of that meeting was very different than what they finally did. Both the University of Kansas and Washington University are really among the leading stakeholders in this in terms of the transplants that they are part of.

I guess the problem is that states in the Midwest, states in the South, states that have lots of small communities tend to be much greater organ donors and obviously as long as we had a regional view of this that was a benefit to their neighbors. Have been a dramatic decrease and availability of lung and liver transplants at Barnes Hospital at least since the new policy went into effect and I asked my question I think there certainly be a lawsuit filed here. Will you commit to Jay that you will ask OPTN, the transplant group not to move forward with this controversial policy until that lawsuit has been dealt with?

AZAR:

Well, Mr. Chairman, I am concerned about the liver allocation policy issues you raised. Frankly in the--any transplant organ allocation policy issues are quite difficult politically and as a matter of public health. And I actually I received a letter from you and many others about the most recent organ--the liver transplantation allocation policies out of OPTN and we requested of them to think again and ensure especially I believe it was--was at the Kansas and Missouri providers that we wanted to ensure especially comments that came in at the last minute or perhaps that came in late were fully considered by OPTN.

We recently received a letter back in response to my challenge to them which I believe your staff has access to where basically they said they went through the procedures, they considered all of the comments and they remain steadfast in their conclusion regarding the science and technical aspects of the allocation decision they made. I do believe my cards are played out here. Congress deliberately set up the OPTN system to keep people from me like actually dictating the policy allocations but I am happy to work with the committee on any other solutions here to look at and ensure that the fair and scientifically valid treatment has been given here.

BLUNT:

Well, I would think that one of the reasons the old system work was that people were more encouraged to be donors if they believe that people in their community would benefit from that.

On liver transplants under the new policy we think there would be 32 percent fewer transplants in Missouri and I think Barnes Hospital is the number four or five in the country in transplants and they have told me since this started, they are now having to send teams of doctors across the country to have, to get organs that would have been available under the old policy locally. I think it further complicated and added expense and precious time to the system. We are going to continue to watch that.

Let me ask one more question here on a big issue and that is your role in providing security and taking care of unaccompanied children. You have nothing to do with border security but you wind up with great responsibility. Would you talk about how that has changed in the last few months?

AZAR:

Ab--absolutely, Mr. Chairman. We are in a tremendous crisis at the border right now. We are getting 300, 350 unaccompanied alien children crossing the border and referred to HHS every single day right now. These are 10, 12, 1315-year-old kids. They are not coming with parents, they are coming across the border by themselves and this is--these are historic levels for us. That is a 97 percent increase in February from the previous year February. It's just not sustainable at this rate. I know the Ranking Member raised in her opening statement concerned about temporary influx facilities. I will work with this committee to do anything we can to take care of the children appropriately. Any ideas you have how to ensure that we are doing that well I would love to enhance our fixed permanent capacity. It's cheaper, it's more economical.

We have been working on that, it is slow to do. You understand government procurements and government contracting our realm leasing is slow. We need help. We need help and at this rate the funding even for this year will not be satisfactory. And I want to be transparent with this committee in particular about that. We are working with OMB on what those totals funding needs could be at the current rate but it would--it would exceed where we are even with the transfer and reprogramming that I notified the committee of about. It is beyond belief the level of children that are coming across the border right now.

BLUNT:

In your case are the unaccompanied children?

AZAR:

These are unaccompanied children. These are kids just coming across. They don't have a parent with them. They are coming by themselves.

BLUNT:

All right. I have more questions on this but I am going to stick with my time restraint. I have a feeling they will be asked by others. If not, I will ask them when we get to another round. Senator Murray?

MURRAY:

Thank you. Thank you, Mr. Chairman. Mr. Sec. despite continued assertions that your budget guarantees affordable healthcare and protects people with pre-existing conditions the fact is that the administration is doing everything it can to actually sabotage healthcare and this budget appears to be just more of the same. This budget continues to push harmful policies that undermine health care for millions of people across the country. Your budget calls for repealing and replacing the ACA with a failed Trump care bill which was rejected last Congress and in its clearest message yet to patients and families that he sees their healthcare coverage is nothing more than some kind of political football last week President Trump sided with the ruling that all of the ACA should be struck down, all of it.

Now according to reports you initially opposed President Trump on that and issued a statement of support. So I wanted to ask you today did you initially object to the President's decision to side with the Texas court because you know the impact that this would have? It would be devastating for so many families.

AZAR:

As you can appreciate the advice of a cabinet member to the Pres. of the United States is highly confidential and it wouldn't be appropriate for me to comment on that. What I would say is the position the administration took in the affordable care act litigation is an appropriate position, it is supporting a district court's decision. Reasonable minds can differ on this question of--of legal issues.

MORAN:

Chairman Blunt, thank you very much. Secretary, thank you for being here. Let me raise just a topic and then I want to continue where Senator Blunt left off in regard to transplant program. I want to highlight for you that we have three hospitals in Kansas, Horton, Hillsboro and Oswego. Small rural hospitals, all of them critical access hospitals. The thing they have in common, they are owned by a company called Empower HMS. Empower HMS has been investigated by CMS for billing fraud but as a result of that and other factors, business factors, management factors, those three hospitals are in various conditions, either shut down or have a trustee in bankruptcy attempting to operate those hospitals and I would first of all encourage you to take--not--not to change or enforcement procedures or not to anyway pursue fraud--fraudulent behavior in the less but recognize there is a consequence to a community hospital that regardless of who the owner of the hospital is who can be gone that night, the community is left in a circumstance in which their hospital is no longer functioning.

And so I would hope that CMS and others at Health and Human Services perhaps in conjunction with our state and others can have a plan in place that when you are creating a circumstance that forces a business out of business because of fraud the end result is that the person who committed the fraud, the company who committed the fraud is who pays the price, not the community who no longer has a hospital.

And I would welcome any thoughts that you or your folks at CMS could provide in this particular case but just generally there is a consequence for this bad behavior. And I hope that whatever bad behavior is determined, if you determine that that if appropriated it is referred to the Department of Justice because the consequences for this behavior is long-term generational consequences to communities and the people who live there just of significant challenges now as a result of--in--in addition to the challenges we just have of keeping hospital doors open generally in communities across Kansas.

In regard to--to the liver allocation issue, Mr. Secretary let me ask just a couple of questions and then express my concern and dissatisfaction. Let me first ask if you believe that enough

is being done to help individuals with end-stage liver disease who are not yet on the waitlist. So there's another population, those who are on a wait list waiting for liver transplant, there are those who are not on the wait list yet. Isn't enough being done to advance their well-being?

AZAR:

I think the number one thing that we can all be doing is working as the Chairman referred to it earlier, increase the supply of livers that we have for transplantation so that's the most important thing we could do help with advancing individuals. I hope we are doing everything that we can with regard to care for individuals suffering from liver disease awaiting transplant if--if there are things that we can be doing differently please do let me know. I would want to make sure we are doing that.

MORAN:

Would you commit the department to a full public disclosure, a transparent public debate on this allocation--organ allocation transplant process?

AZAR:

I--I am happy to work with you on what that might look like. As I mentioned to the Chairman the challenge with this OPTN organ allocation issue is that Congress deliberately took that out of my hands to make it a nonpolitical issue and so when we don't like a conclusion, I am fairly restricted in what I can do but we certainly--I believe the OPTN process was a public process with a public record. But happy to work with you and your staff on any vehicle to ensure that.

MORAN:

Mr. Secretary, you are moving me to my complaining aspect of my--by your comments because it was only after lawsuit was filed as I understand it that this allocation process was then considered for change and when you tell me that we constructed the--the ground rules for you to be removed from the process to do appoint the HRSA director. The HRSA director

is one who has written a letter to OPTN encouraging them to quickly implement the decision that they made and encouraging them.

I would also tell you that while from time to time in this job people tell me something that doesn't always turn out to be true but in our meeting Senator Blunt and I had with the HRSA director the request was that we make certain that our constituencies, transplant programs in our states submit not just comments but please bring us a proposal because we are so interested in listening to the proposal don't just complain about the proposal that's out there, tell us how to do it better.

And I can tell you that the end result of--of our programs doing that they were not considered and in fact the decision was made before those comments were submitted, before that proposal was submitted by our constituents and your--I--I quoted you and I wrote down what you said in a last minute or late the computer program shut down because there were so many comments. The only lateness of our programs supplying their comments and proposals was because the computer was shut down because of commentary and the decision was made before these were ever read and then they were approved with no changes thereafter. The original decision was made by the liver and test (INAUDIBLE) committee and without ever seeing the comments of our constituents and then secondly it was approved immediately with no change even though you can claim perhaps correctly you can claim that the comments were then read after the initial decision was made.

My point is that while I am often perhaps, I misunderstand what has been requested of me or what my instructions are of how I can be a help to my constituents what I think we did was exactly what we were told to do with no beneficial thing happening as a result of following those instructions. So this process has been flawed and that it is a flaw that arises out of the fear of a lawsuit and after a long period of time I know what you are saying Chairman, after a long period of time the policy in place was changed almost overnight in response to a lawsuit and you are right, the issue is more organ donation and the policy that is being developed is contradictory to what you said is the goal. I will be back for the second round.

We still place the--if the person is within the categorization of sponsors an appropriate sponsor from a child welfare perspective, we place the child. Most of our children are placed probably with individuals who are illegally in the country. That information at DHS, my understanding is that there is an appropriations rider that was passed as part of the large budget deal to end the closure of the government that actually restricts the use of that information over at DHS. But I'd have to defer to DHS and its lawyers on that question.

BLUNT:

Thank you, Secretary. Senator Moran.

MORAN:

I'll attempted to be brief, Mr. Chairman. Thank you for the second round. Mr. Secretary, I want to highlight--I would--you and I would agree this is a significant issue affecting liver transplants. This policy has consequences, and it's significant. That's true, correct?

AZAR:

Yes, the issue of liver transplants are very important to all of us, absolutely.

MORAN:

And I got involved or interested in this topic after a conversation with a liver transplant program in my state.

But as a result of that activity I have been amazed at the number of people, individuals in Kansas and elsewhere who come to me to talk about the importance of this liver transplant policy, people who have had a liver transplant, people who are waiting for a liver transplant, people who want to be on a list for a liver transplant and again you and I both would highlight and have use this opportunity to highlight the importance of people being organ donors.

We need more organs to--to meet the demands but this is not just about the consequences to a particular transplant program. This issue has significant consequences and in fact life and

death consequences for people across the country and finally I would remind you that Senator Grassley with almost half of the Senate sent a letter to you which I don't believe at least I have not seen a response and I would encourage you to respond.

AZAR:

Thank you. And I do want you to know that I take that letter very seriously. It has my personal attention and that was what prompted me to actually ensure that we went to OPTN and ask them to think again and to ensure the full consideration of the comments out of Kansas and Missouri providers. That was even in spite of the computer glitch and I--I understand the process here was back in terms of the interactions with you and on behalf of the department I--I apologize to you for any lack of courtesy and also just in the problems in that process.

My understanding is those comments in spite of the computer glitch work summarized to the OPT in board in their decision-making so at least it was part of the summaries as part of the original decision-making and then presented in full to the liver committee later. I understand that is not necessarily everything you--you want to hear in terms of it would have been nice if they had been presented in full before any initial presumptive decision was made. That is why I went back and said please think again.

Please look--look at these comments, look at these concerns. Obviously, I have got tremendous respect for every signatory on that letter. I--and I hope if you don't have it, we will get it to you, the letter of response that I got and if there are avenues, further avenues that are appropriate, legally justifiable to ensure appropriate process and consideration I am most happy to consider them.

MORAN:

I have not been discourteously treated but I--I have failed to get the results I'm looking for even when courteously treated. It is the--it is results that I am looking for on behalf of folks who desperately need a liver transplant and other organs. Thank you.

BLUNT:

Thank you, Senator Moran. Thank you, Secretary Azar. The record will stay open for one week for additional questions. The subcommittee stands in recess.

**List of Panel Members and Witnesses**

PANEL MEMBERS:

SEN. ROY BLUNT (R-MO.), CHAIRMAN

SEN. RICHARD C. SHELBY (R-ALA.)

SEN. LAMAR ALEXANDER (R-TENN.)

SEN. LINDSEY GRAHAM (R-S.C.)

SEN. JERRY MORAN (R-KAN.)

SEN. SHELLEY MOORE CAPITO (R-W.VA.)

SEN. JOHN KENNEDY (R-LA.)

SEN. CINDY HYDE-SMITH (R-MISS.)

SEN. MARCO RUBIO (R-FLA.)

SEN. JAMES LANKFORD (R-OKLA.)

SEN. RICHARD C. SHELBY (R-ALA.), EX-OFFICIO

SEN. PATTY MURRAY (D-WASH.), RANKING MEMBER

SEN. RICHARD J. DURBIN (D-ILL.)

SEN. JACK REED (D-R.I.)

SEN. JEANNE SHAHEEN (D-N.H.)

SEN. JEFF MERKLEY (D-ORE.)

SEN. BRIAN SCHATZ (D-HAWAII)

SEN. TAMMY BALDWIN (D-WIS.)

SEN. CHRISTOPHER S. MURPHY (D-CONN.)

SEN. JOE MANCHIN III (D-W.VA.)

SEN. PATRICK J. LEAHY (D-VT.), EX-OFFICIO

WITNESSES:

SECRETARY OF HEALTH AND HUMAN SERVICES ALEX AZAR

**Testimony & Transcripts**

**About Senate Appropriations**

[Staff](#)

[Hearing](#)

[Transcripts](#)

[Testimony](#)

[Committee Reports](#)

[Associated Bills](#)

[Schedules](#)

[Markup](#)

[Amendments](#)