# EXHIBIT 4

About this PDF file: This new digital representation of the original work has been recomposed from XML files created from the original paper book, not from the original typesetting files. Page breaks are true to the original; line lengths, word breaks, heading styles, and other typesetting-specific formatting, however, cannot be retained, and some typographic errors may have been accidentally inserted. Please use the print version of this publication as the authoritative version for attribution.

# Organ Procurement and Transplantation

**Assessing Current Policies and the Potential Impact of the DHHS Final Rule**

Committee on Organ Procurement and Transplantation Policy
Division of Health Sciences Policy
INSTITUTE OF MEDICINE



NATIONAL ACADEMY PRESS
Washington, D.C.

Copyright © National Academy of Sciences. All rights reserved.

Organ Procurement and Transplantation: Assessing Current Policies and the Potential Impact of the DHHS Final Rule
http://www.nap.edu/catalog/9628.html

About this PDF file: This new digital representation of the original work has been recomposed from XML files created from the original paper book, not from the original typesetting files. Page breaks are true to the original; line lengths, word breaks, heading styles, and other typesetting-specific formatting, however, cannot be retained, and some typographic errors may have been accidentally inserted. Please use the print version of this publication as the authoritative version for attribution.

**NATIONAL ACADEMY PRESS 2101 Constitution Avenue, N.W. Washington, D.C. 20418**

NOTICE: The project that is the subject of this report was approved by the Governing Board of the National Research Council, whose members are drawn from the councils of the National Academy of Sciences, the National Academy of Engineering, and the Institute of Medicine. The members of the committee responsible for the report were chosen for their special competences and with regard for appropriate balance.

The Institute of Medicine was chartered in 1970 by the National Academy of Sciences to enlist distinguished members of the appropriate professions in the examination of policy matters pertaining to the health of the public. In this, the Institute acts under both the Academy's 1863 congressional charter responsibility to be an adviser to the federal government and its own initiative in identifying issues of medical care, research, and education. Dr. Kenneth I. Shine is president of the Institute of Medicine.

Support for this project was provided by the General Accounting Office (Contract No. N00014-98-1-0789) and the Greenwall Foundation (Award No. 3302). The views presented in this report are those of the Committee on Organ Procurement and Transplantation Policy and are not necessarily those of the funding organizations.

**Library of Congress Cataloging-in-Publication Data**

Institute of Medicine (U.S.). Committee on Organ Procurement and Transplantation Policy.

Organ procurement and transplantation : assessing current policies and the potential impact of the DHHS final rule / Committee on Organ Procurement and Transplantation Policy, Division of Health Sciences Policy, Institute of Medicine.

p. ; cm.

Includes bibliographical references and index.

ISBN 0-309-06578-X (casebound)

1. Procurement of organs, tissues, etc.--Law and legislation--United States. 2. Transplantation of organs, tissues, etc.--Law and legislation--United States. I. Title.

[DNLM: 1. Organ Procurement--legislation & jurisprudence--United States. 2. Health Services Accessibility--United States. 3. Organ Transplantation--legislation & jurisprudence–United States. 4. Tissue Donors–legislation & jurisprudence--United States. WO 690 I59o 1999]
RD129.5 .I57 1999
362.1'783'0973--dc21

99-044515

The full text of this report is available on-line at **www.nap.edu/readingroom.** For more information about the Institute of Medicine, visit the IOM home page at **www.iom.edu.**
Copyright 1999 by the National Academy of Sciences. All rights reserved.

Printed in the United States of America

The serpent has been a symbol of long life, healing, and knowledge among almost all cultures and religions since the beginning of recorded history. The image adopted as a logotype by the Institute of Medicine is based on a relief carving from ancient Greece, now held by the Staatliche Museen in Berlin.

Copyright © National Academy of Sciences. All rights reserved.

About this PDF file: This new digital representation of the original work has been recomposed from XML files created from the original paper book, not from the original typesetting files. Page breaks are true to the original; line lengths, word breaks, heading styles, and other typesetting-specific formatting, however, cannot be retained, and some typographic errors may have been accidentally inserted. Please use the print version of this publication as the authoritative version for attribution.

# COMMITTEE ON ORGAN PROCUREMENT AND TRANSPLANTATION POLICY

**EDWARD D. PENHOET** (*Chair*), Dean, School of Public Health, University of California at Berkeley

**NAIHUA DUAN,** Statistics Group, RAND Corporation, Santa Monica (until May 6, 1999)

**NANCY NEVELOFF DUBLER,** Director, Division of Bioethics, Montefiore Medical Center, Professor of Bioethics, Albert Einstein College of Medicine, New York

**CHARLES K. FRANCIS,** President, Charles R. Drew University of Medicine and Science, Los Angeles

**ROBERT D. GIBBONS,** Professor of Biostatistics, Departments of Biostatistics and Psychiatry, University of Illinois at Chicago

**BARBARA GILL,** Clinical Nurse Specialist, Abilene Cardiothoracic and Vascular Surgery of Texas, Abilene

**EVA GUINAN,** Associate Professor of Pediatrics, Harvard Medical School, Boston

**MAUREEN HENDERSON,** Professor Emeritus of Epidemiology and Medicine, University of Washington, Seattle

**SUZANNE T. ILDSTAD,** Director, Institute for Cellular Therapeutics, University of Louisville

**PATRICIA A. KING,** Carmack Waterhouse Professor of Law, Medicine, Ethics, and Public Policy, Georgetown University, Washington, D.C.

**MANUEL MARTINEZ-MALDONADO,** Vice Provost for Research and Professor of Medicine, Oregon Health Sciences University, Portland

**GEORGE E. MCLAIN,** Assistant Chief of Anesthesiology, Martin Memorial Medical Center, Stuart, Florida

**DAVID MELTZER,** Assistant Professor, Section of General Internal Medicine, Department of Economics, and Harris School of Public Policy Studies, University of Chicago

**JOSEPH E. MURRAY,** Professor of Surgery, Emeritus, Harvard Medical School, Boston

**DOROTHY NELKIN,** University Professor, New York University Department of Sociology and School of Law, New York

**MITCHELL W. SPELLMAN,** Director of Academic Alliances and International Exchange Programs, Harvard Medical International, Harvard Medical School, Boston

Copyright © National Academy of Sciences. All rights reserved.

About this PDF file: This new digital representation of the original work has been recomposed from XML files created from the original paper book, not from the original typesetting files. Page breaks are true to the original; line lengths, word breaks, heading styles, and other typesetting-specific formatting, however, cannot be retained, and some typographic errors may have been accidentally inserted. Please use the print version of this publication as the authoritative version for attribution.

**IOM Project Staff**

**ANDREW POPE,** Director, Division of Health Sciences Policy
**CHRISTINE DOMZAL,** Senior Program Officer (until 5/7/99)
**SARAH PITLUCK,** Research Assistant
**ALDEN CHANG,** Project Assistant
**GLEN SHAPIRO,** Research Assistant (until 6/4/99)
**STEPHANIE SMITH,** Research Associate (until 6/1/99)
**THELMA COX,** Senior Project Assistant
**CARLOS GABRIEL,** Financial Associate

## IOM Auxiliary Staff

**NICOLE AMADO,** Project Assistant
**JENNIFER COHEN,** Research Assistant
**JANE DURCH,** Senior Editorial Associate
**MICHAEL EDINGTON,** Managing Editor
**CHARLES EVANS, JR.,** Senior Advisor for Clinical and Biomedical Research
**SUSAN FOURT,** Librarian
**FREDERICK J. MANNING,** Senior Program Officer
**VIVIAN NOLAN,** Research Associate
**PHILLIP RENZULLO,** Staff Officer
**MELVIN H. WORTH, Jr.,** Scholar-in-Residence

**Consultant**

**KATHI HANNA**

**Copy Editors**

**FLORENCE POILLON**
**BETH GYORGY**

Copyright © National Academy of Sciences. All rights reserved.

Organ Procurement and Transplantation: Assessing Current Policies and the Potential Impact of the DHHS Final Rule
http://www.nap.edu/catalog/9628.html

About this PDF file: This new digital representation of the original work has been recomposed from XML files created from the original paper book, not from the original typesetting files. Page breaks are true to the original; line lengths, word breaks, heading styles, and other typesetting-specific formatting, however, cannot be retained, and some typographic errors may have been accidentally inserted. Please use the print version of this publication as the authoritative version for attribution.

# Foreword

The procurement, allocation, and transplantation of human solid organs have undergone enormous change during the 15 years since enactment of the National Organ Transplant Act in 1984. The number and type of human organ transplants continue to increase rapidly. Although transplantation is increasingly effective and the quality of life of transplant recipients continues to improve, the total number of donor organs available falls significantly below the need for them. The resulting tension between supply and demand has raised many questions about organ procurement and transplantation policies.

In the fall of 1998, Congress requested that the Institute of Medicine (IOM) conduct a study to evaluate the potential impact of pending regulations developed by the Department of Health and Human Services on a set of important specific issues related to organ procurement and transplantation. The study was conducted by a committee of recognized experts who volunteered their time to provide an objective scientific analysis of the issues and the available relevant data. In assembling the Committee on Organ Procurement and Transplantation Policy, the Institute cast a broad net, asking for suggestions from all relevant parties. The committee that was appointed, and who authored this report, includes experts representing many areas of science, health, economics, ethics, and patient concerns. The committee does not include any currently practicing solid organ transplant surgeons. This was done to avoid direct conflicts of interest and out of a concern that the strong viewpoints publicly expressed by many transplant surgeons might adversely affect the objectivity of the committee's deliberations. The committee did, however, have access to and receive input and technical assistance from transplant surgeons, experts on organ procurement, donor's families, and transplant patients.

The committee conducted information-gathering sessions in two publicly announced open meetings. The organizations and individuals who made presentations are listed in Appendix A. In addition to these open meetings, the committee received a large amount of written material from a variety of sources,

Copyright © National Academy of Sciences. All rights reserved.

Organ Procurement and Transplantation: Assessing Current Policies and the Potential Impact of the DHHS Final Rule
http://www.nap.edu/catalog/9628.html

About this PDF file: This new digital representation of the original work has been recomposed from XML files created from the original paper book, not from the original typesetting files. Page breaks are true to the original; line lengths, word breaks, heading styles, and other typesetting-specific formatting, however, cannot be retained, and some typographic errors may have been accidentally inserted. Please use the print version of this publication as the authoritative version for attribution.

and conducted original research and analyses on an extensive data base provided by the United Network for Organ Sharing. The committee carefully and thoroughly evaluated the information available in making its assessment, reaching conclusions, and developing recommendations. During the course of the study, one committee member elected to resign when he learned that the organization that employed him was considering a letter of intent for the Organ Procurement and Transplantation Network contract, thus creating the possibility of a perceived conflict of interest.

As part of the normal process of developing an IOM report, an additional group of independent peer reviewers—who were not known to the committee during the report review process—then reviewed the committee's report to ensure that it met institutional standards for objectivity, evidence, and responsiveness to the study charge. This process involved review by individuals who had expressed strong opinions with regard to existing transplantation policies and procedures, as well as the pending Final Rule. The reviewers were selected to represent a broad range of quite different perspectives. The committee considered the reviewers' criticisms and suggestions in the course of finalizing its report as required by National Research Council procedures, but the report's conclusions and recommendations are solely those of the committee.

The committee worked under an extraordinarily tight deadline to provide its report to Congress during the current legislative session. Nonetheless, the report is thorough, comprehensive, and thoughtful, and reflects the unanimous view of the committee. We are deeply grateful to this hard-working group of volunteers who completed a difficult and challenging task in a timely and effective manner.

KENNETH I. SHINE, M.D.

President, Institute of Medicine

Copyright © National Academy of Sciences. All rights reserved.

Organ Procurement and Transplantation: Assessing Current Policies and the Potential Impact of the DHHS Final Rule
http://www.nap.edu/catalog/9628.html

# Executive Summary

*Abstract.* This report provides an independent assessment of the current policies and potential impact of a pending new federal regulation (the "Final Rule") on the system of organ procurement and transplantation.

One of the most visible and contentious issues regarding the fairness of the current system of organ procurement and allocation is the argument that it results in great disparities in the total amount of time a patient waits for an organ (i.e., the time from registration at a transplantation center to transplant), depending on where he or she lives. Because much of the current debate has centered on the procurement and allocation of livers, the committee focused its examination on this organ.

In an analysis of approximately 68,000 liver patient records, the committee developed several conclusions and recommendations largely specific to liver transplantation policies. Included among these is the fact that, as previously calculated, the overall "median waiting time" that patients wait for organs-the issue that seems to have brought the committee to the table in the first place-is not a useful statistic for comparing access to or equity of the current system of liver transplantation, especially when aggregated across all categories of liver transplant patients. The committee also found that the current system is reasonably equitable within the category of the most severely ill (status 1) liver patients, since the likelihood of receiving a transplant is similar across organ procurement organizations (OPOs) for these patients. Similarly, pretransplantation mortality rates are also quite similar across OPOs, irrespective of the patient's status level. The committee also found, however, that the system can be improved by enlarging the current organ allocation areas to include larger populations. Doing so will likely increase the number of status 1 and 2 patients receiving liver transplants with a concomitant reduction in the number of transplants performed on status 3 patients, who are at much lower risk of imminent death. Such expansion of the geographic area of allocation would have to be done within the limits of cold ischemia time. Preliminary data on existing regional and statewide sharing seem to agree with this projection, indicating that status 1 transplantation rates will be increased, status 2B pretransplantation mortality will be decreased, and the transplantation of status 3 patients will be reduced as a result of broader sharing by smaller OPOs. In general, the committee finds broader sharing is likely to result in more of the most medically urgent patients receiving first attention when waiting for donated livers.

Copyright © National Academy of Sciences. All rights reserved.

About this PDF file: This new digital representation of the original work has been recomposed from XML files created from the original paper book, not from the original typesetting files. Page breaks are true to the original; line lengths, word breaks, heading styles, and other typesetting-specific formatting, however, cannot be retained, and some typographic errors may have been accidentally inserted. Please use the print version of this publication as the authoritative version for attribution.

Since the enactment of the National Organ Transplant Act of 1984, the number of people receiving organs has increased annually. In 1998, more than 21,000 Americans—about 57 people a day—were transplanted with a kidney, liver, heart, lung, or other organ. On any given day, approximately 62,000 people are waiting for an organ and every 16 minutes a new name is added to the national waiting list (UNOS, 1999). These numbers represent only the indicated demand for organs. It is likely that there are many more people in need of transplantation who are not currently on a waiting list. Moreover, although the number of donors has increased steadily since 1988, donation rates are not growing as quickly as the demand for organs (GAO, 1997). As a result, approximately 4,000 Americans die each year (11 people per day) waiting for a solid organ transplant (UNOS, 1999).

The disparity between the supply of and demand for transplantable organs has focused attention on the policies and practices regarding the allocation of the scarce supply of organs. Concerns about need, supply, demand, access, and rationing have raised questions about the appropriate role of the federal government in regulating this important public health issue. The polemical nature of the debate has increased public skepticism about the integrity and fairness of the system. Such skepticism may serve to reduce donations and create more serious shortages (Dejong et al., 1995).

One of the most visible and contentious issues regarding the fairness of the current system of organ procurement and transplantation is the argument that it results in great disparities in the amount of time potential liver transplant patients wait for a transplant, depending on where the patient lives. (The term "waiting time" is used throughout this report to refer to the time from registration at a transplantation center to transplant, death, or removal from the waiting list for other reasons.) An additional concern is that minorities and the poor may have less access to organ transplants than do whites of higher socioeconomic status.

In response to concerns expressed about possible inequities in the existing system of organ procurement and transplantation, the U.S. Department of Health and Human Services (DHHS) published a new regulation in April 1998 (42 CFR Part 121, referred to in this report as the "Final Rule") to "assure that allocation of scarce organs will be based on common medical criteria, not accidents of geography" (DHHS, 1998b).

The Final Rule provides a framework within which the transplant system would operate. The stated principles underlying the Final Rule include the need for oversight in a system that permits variance in individual medical practice and the creation of a "level playing field" in organ allocation-that is, organs are allocated based on patients' medical need and less emphasis is placed on keeping organs in the local area where they are procured. A primary stated objective is to equalize waiting times among different areas of the country. To emphasize this, the Final Rule calls for standardized medical criteria to be used to determine the status of a person's illness and when that person can be placed on a waiting list. In addition, the rule aims to improve data collection and analysis so that patients, their physicians, and the public have timely, accurate, and user-

Copyright © National Academy of Sciences. All rights reserved.

About this PDF file: This new digital representation of the original work has been recomposed from XML files created from the original paper book, not from the original typesetting files. Page breaks are true to the original; line lengths, word breaks, heading styles, and other typesetting-specific formatting, however, cannot be retained, and some typographic errors may have been accidentally inserted. Please use the print version of this publication as the authoritative version for attribution.

friendly, center-specific data on the performance of transplant programs to help them to assess quality and make transplant decisions.

Issuance of the Final Rule generated considerable controversy in the transplant community. Concerns were expressed that its implementation would increase the cost of transplantation, force the closure of small transplant centers, adversely affect access to transplantation on the part of minorities and low-income patients, discourage organ donation, and result in fewer lives saved. Some opponents of the rule also argued that DHHS had exceeded its statutory authority by establishing a process for reviewing Organ Procurement and Transplantation Network (OPTN) policies and procedures.

In October 1998, the U.S. Congress suspended implementation of the Final Rule for 1 year to allow further study of its potential impact. During that time, Congress asked the Institute of Medicine (IOM) to conduct a study to review current OPTN policies and the potential impact of the Final Rule on:

- access to transplantation services for low-income populations and racial and ethnic minority groups, including the impact of state policies (under Title XIX of the Social Security Act) regarding payment for services for patients outside of the states in which the patients reside;
- organ donation rates, reasons for differences in donation rates, and the impact of broader sharing (i.e., based on medical criteria instead of geography), on donation rates;
- waiting times for organ transplants, including (a) determinations specific to the various geographic regions of the United States and, if practicable, waiting times for each transplant center by organ and medical status category, and (b) assessment of the impact of recent changes made by the OPTN in patient listing criteria and in measures of medical status;
- patient survival rates and organ failure rates leading to retransplantation, including variances by income status, ethnicity, gender, race, or blood type; and
- costs of organ transplantation services.

The legislation that called for this study included two additional areas for review: (1) confidentiality of information about the program, and (2) the possible legal liability of OPTN members arising from their peer review activities. As agreed, the U.S. General Accounting Office (GAO) addressed these two issues in a separate report (GAO, 1999). Also as agreed in response to the legislation, GAO assisted IOM by providing data to the committee regarding costs of organ transplantation services.

## CURRENT POLICIES AND PRACTICES

The process of organ procurement and transplantation begins when a patient in need of an organ transplant is referred to one (or more) of the 272 organ transplant programs (125 of which perform liver transplants) currently in operation

Copyright © National Academy of Sciences. All rights reserved.

About this PDF file: This new digital representation of the original work has been recomposed from XML files created from the original paper book, not from the original typesetting files. Page breaks are true to the original; line lengths, word breaks, heading styles, and other typesetting-specific formatting, however, cannot be retained, and some typographic errors may have been accidentally inserted. Please use the print version of this publication as the authoritative version for attribution.

# 3

# Access to Transplantation

*Task 1: Assess current policies and the potential impact of the Final Rule on access to transplantation services for low-income populations and racial and ethnic minority groups, including the impact of state policies (under Title XIX of the Social Security Act) regarding payment for services for patients outside of the state in which the patients reside.*

*Abstract.* **There is very little research describing or explaining differences in access to liver transplantation services across racial, ethnic, and income groups. Therefore, the committee's findings are based on a small number of studies, most pertaining to kidney transplants, that report differences between white and African American populations or income classes and on the committee's own analysis of patient waiting times on liver transplantation lists. The published evidence reveals that African American and low-income kidney patients of all racial and ethnic groups are slower to be placed on waiting lists and, once on a waiting list, African Americans do not receive kidney transplants as quickly as whites. Wellknown biological and socioeconomic factors, and lack of access to health care in general, undoubtedly play large parts in this disparity. African Americans may also be referred for liver transplants more slowly than whites, but once patients are referred, there appears to be little or no racial disparity in transplantation. The committee found no unequivocal evidence one way or the other on whether broader organ sharing would result in either closure of small transplant centers or, in the event of some such closures, a reduction in minority access. The most important predictors of equity in access to transplant services lie outside the transplantation system in access to health insurance and high-quality health services.**

The committee was charged with determining what, if any, impact the Final Rule would have on access to transplantation services by low-income and minority populations. Although African Americans represent about 12 percent of the U.S. population, they comprise 27 percent of the patients diagnosed with end-stage renal disease. This is due to a variety of factors, including a higher incidence among them of hypertension and diabetes, but it underlines the need for analyzing all the possible effects of the Final Rule. Conducting this analysis required the committee to examine the determinants of access and how current policies affect access in order to draw conclusions about the potential impact of the changes proposed in the Final Rule. The very limited number of studies addressing

Copyright © National Academy of Sciences. All rights reserved.

Organ Procurement and Transplantation: Assessing Current Policies and the Potential Impact of the DHHS Final Rule
http://www.nap.edu/catalog/9628.html

About this PDF file: This new digital representation of the original work has been recomposed from XML files created from the original paper book, not from the original typesetting files. Page breaks are true to the original; line lengths, word breaks, heading styles, and other typesetting-specific formatting, however, cannot be retained, and some typographic errors may have been accidentally inserted. Please use the print version of this publication as the authoritative version for attribution.

these issues made this a challenging assignment, and the committee cautions that its findings must be considered provisional rather than conclusive.

The committee reviewed several articles that examine whether minorities have equal access to transplantation. Although almost all of these articles deal with kidney transplantation, the committee believes that some of the factors that bear on curtailed minority access to kidney transplants are also likely to bear on access to other solid organ transplants, although data on these issues are limited.

Lower access by African Americans to kidney transplantation is well documented (Alexander and Sehgal, 1998; Eggers, 1995). Much of the disparity appears to be due to the fact that African Americans are not placed on waiting lists as quickly, or in the same proportion, as their white counterparts. Moreover, once they are placed on a waiting list, African Americans do not receive kidney transplants as quickly as whites (Alexander and Sehgal, 1998; Eggers, 1995; DHHS, 1998c: Kasiske et al., 1991).

African Americans appear to fare somewhat better with respect to liver transplants than is the case with kidneys. Eckhoff and colleagues (1998) reviewed liver transplantation performed at the Alabama Organ Center and concluded that African Americans may experience a delay in referral to the center for evaluation or may not be referred at all, compared to the white population. However, they also concluded that once patients were referred, there were no racial disparities in being accepted onto the waiting list or in receiving a transplant. They suggested that access to health care, distrust of the medical community, lower socioeconomic status, and a lack of understanding about liver transplantation on the parts of both physicians and patients could be factors that influence the disparities in patient referrals. The DHHS Inspector General also found that the waiting times of African Americans for livers was quite similar to those of whites (DHHS, 1998c).

The committee's own analysis of waiting list data for 1995-1999 showed that for livers, African Americans comprised 8 percent of the list and received 9 percent of the transplants. These results indicate that the racial disparity in transplantation observed among patients on waiting lists for kidneys is not observed among patients waiting for livers. It does appear, however, that African Americans enter the list and receive liver transplants when they are sicker, relative to other racial groups. A greater percentage of African Americans are both listed and transplanted in status 1 (12 percent listed and 14 percent transplanted) relative to status 2 (10 percent listed and 8 percent transplanted) or status 3 (7 percent listed and 7 percent transplanted). The fact that African Americans are listed in disproportionately high numbers in status 1 reinforces the suggestion that initial access to health care and to referrals for transplant evaluation is an important impediment for African Americans with liver disease.

Copyright © National Academy of Sciences. All rights reserved.

Organ Procurement and Transplantation: Assessing Current Policies and the Potential Impact of the DHHS Final Rule
http://www.nap.edu/catalog/9628.html

## FACTORS AFFECTING ACCESS

Factors that might influence waiting list entry and account for differences in transplantation rates can be characterized broadly as: (1) socioeconomic factors; (2) severity of illness, general health status, and biological and medical suitability for transplantation; (3) characteristics of the transplant centers; and (4) in the case of kidney transplantation, patients' attitudes about dialysis versus transplantation.

### Socioeconomic Factors

Ozminkowski and colleagues (1997), among others, have identified socioeconomic status as a major factor in determining whether kidney patients are able to get on a waiting list, accounting for one-third of the disparity between African Americans and whites. Patients with annual incomes greater than $40,000 were twice as likely to be added to a waiting list within 2 years of their first end-stage renal disease service as those with incomes less than $10,000 per year, and African Americans were disproportionately represented in the latter group. However, once a patient was placed on a waiting list, socioeconomic status seemed to have had little influence on whether the patient receives a transplant. A similar analysis by Alexander and Sehgal (1998) found blackwhite differences in transplantation even after controlling for income, but also found that the primary barrier for poor people as a group was gaining access to the waiting list.

The committee heard allegations that low-income patients were sometimes considered unsuitable candidates for kidney transplantation because of concerns about their ability to pay for immunosuppressive drugs. The committee could find only limited evidence to support this claim. For example, a telephone survey of four of the five renal transplant centers in Virginia found that 2 percent of all transplants performed over a 6.5 year period were lost to noncompliance due to inaffordability (Holman, 1999). On the other hand:

1. Medicare pays for these drugs, for virtually all kidney transplant patients, for 3 years posttransplant.
2. Dosages, and therefore cost, are significantly reduced after three years.
3. Medicaid has no time limit for drug coverage.
4. There are a variety of state programs and private organizations (e.g., the American Kidney Foundation) that assist transplant patients in obtaining these medications.

The committee concluded that, although some patients might need additional help in maintaining immunosuppressive medication, implementation of the Final Rule is not likely to add to those numbers.

About this PDF file: This new digital representation of the original work has been recomposed from XML files created from the original paper book, not from the original typesetting files. Page breaks are true to the original; line lengths, word breaks, heading styles, and other typesetting-specific formatting, however, cannot be retained, and some typographic errors may have been accidentally inserted. Please use the print version of this publication as the authoritative version for attribution.

Copyright © National Academy of Sciences. All rights reserved.

## Biological Factors

Biological differences among racial and ethnic groups appear to be a factor in explaining the differential rates of transplantation. This is more important for kidney transplantation, which uses histocompatibility testing in matching organs and recipients, than it is for other solid organs, which rely on matching by blood type.

Histocompatibility testing works to the disadvantage of African Americans in two ways. First, the serological reagents currently used for such testing were developed primarily in whites and are not as reliable when used for African Americans. This problem may be alleviated in the future, however, by recent technological advances using molecular characterization of the genetic loci that give rise to histocompatibility antigens. Second, African Americans exhibit much greater heterogeneity in their histocompatibility antigens than whites, which makes it much more difficult to locate a fully matched organ in the pool of available donors. This problem could be alleviated to some degree by increasing organ donation among African Americans, although the high degree of heterogeneity within the African American populace means that successful matches will not necessarily increase in proportion to increased donation. Deemphasizing HLA matching would also result in more African Americans getting kidneys, though at the cost of a decrease in graft and host survival.

Another possible reason for the longer wait times for African American kidney patients is that nonwhite patients tend to survive longer on dialysis than do whites (Held et al., 1987). The reason for this is unknown, but adjustment for case mix, transplantation rates, withdrawal from dialysis rates, and initial treatment modality, although reducing the white-nonwhite disparity, did not eliminate the survival advantage for nonwhite dialysis patients (Mesler et al., 1999).

## Other Factors

Ozminkowski et al. (1997) examined the influence of severity of renal disease, type of dialysis, contraindications for transplantation, and self-reported health and functional status, but found that none of these factors had a significant effect on racial disparities in terms of either access to a waiting list or receiving a kidney transplant. They did find that patient attitudes toward transplantation constituted a major factor in the racial disparities in both placement on a waiting list and receipt of a transplant. African Americans were less positive about the medical and health outcomes of kidney transplantation than whites and much more likely to express religious objections to transplantation, as well as uneasiness about having a dead person's organ in one's own body. However, a recent report by Ayanian and colleagues (1999) found black and white patients equally likely to report that they wanted a transplant, and similar in their expectations that transplantation would improve their quality of life.

Copyright © National Academy of Sciences. All rights reserved.