# EXHIBIT 9

# Analysis Report

## Data Request on Circle Based Allocation

Date: 9/24/18

Prepared By:

Tim Weaver, MS; David Schladt, MS; Josh Pyke, PhD; Bryn Thompson, MPH; Alyssa Herreid, MPH; John R. Lake, MD; W. Ray Kim, MD; Jon Snyder, PhD; Bertram L. Kasiske, MD; Ajay K. Israni, MD; Sommer Gentry, PhD

Data Request ID#: LI2018_01

Timeline:

| | |
|---|---|
| Committee met | July 10, 2018 |
| Request made | July 19, 2018 |
| Analysis plan submitted | August 1, 2018 |
| Analysis report submitted | September 24, 2018 |
| Next Committee meeting | September 25, 2018 |

## Table of Contents

Analysis Report ............................................................................................................................. 1

   Data Request on Circle Based Allocation ................................................................................ 1

      Executive Summary ............................................................................................................. 2

      Study Population ................................................................................................................. 3

      Analytical Approach ............................................................................................................ 3

   Results ...................................................................................................................................... 6

      Overview Data Tables ......................................................................................................... 6

      Results by Exception Status and MELD/PELD Subgroup ................................................... 8

   Appendices ............................................................................................................................. 37

      Appendix A: Results by OPTN Region ............................................................................. 37

      Appendix B: Results by Age, Sex, and Race/Ethnicity ..................................................... 246

      Appendix C: Results by Education, Insurance, CCRS, and Urbanicity ............................ 276

      Appendix D: Policy and Scientific Concepts .................................................................... 315

      Appendix E: Allocation Sequences ................................................................................... 316

## Executive Summary

SRTR has used the liver simulated allocation model (LSAM) to assess the simulated impact of two allocation frameworks based on concentric circles around the donor hospital: "Acuity Circles" (AC) and "Broader 2-Circle Distribution" (B2C).

What's New in This Report

- Relisted candidates are now included in "by MELD/PELD" calculations for counts and rates of waitlist mortality and transplants.
- A finer resolution is used for person-time (denominator) in the rate calculations; previous reports' calculations were rounded to whole days, whereas now fractional days are used. As a result, some of the rates calculated by DSA for small subgroups (e.g., pediatrics) were much larger than they were previously. Before these rates were used in the variance by DSA calculations, they were capped at the 99th percentile of all subgroups across all DSAs (e.g., 14.6 transplants per patient-year for patient age) to prevent overinflated variances.

Main Findings

The B2C scenarios yielded results similar to those under the policy approved by the UNOS Board in December 2017. Specifically, the variance in median allocation MELD/PELD at transplant (MMAT) decreased to a similar extent, and the transport metrics (transport time, transport distance, and percentage of organs flown) increased to a similar extent.

Compared with the current allocation policy, the AC framework tended to result in changes with a larger magnitude than the B2C framework; i.e., of all scenarios considered, the AC scenarios showed the largest decreases in variance of MMAT and the largest increases in the transport metrics.

**MELD scores at transplant:** Both proposed frameworks reduce variance in DSA level MMAT (Figure 1). The reduction in variability is due to increasing MMAT for DSAs with lower MMAT under the current framework (Figure 3); this corresponds to changes from "warm" to "cool" colors on the maps. The increase in MMAT also occurred nationally, driven largely by the "No Exception" group of candidates (Figure 2).

**Transplant rates and counts:** Transplant rates and counts were not affected by the new frameworks for the overall population or by exception status. Rates increased for high MELD/PELD (≥ 32) candidates for both frameworks (Figure 6).

**Waitlist mortality rates and counts:** Waitlist mortality rates decreased for the overall population under the AC framework driven largely by candidates without exceptions (Figure 11), while the B2C framework showed a more modest change.

Waitlist mortality counts decreased for high MELD/PELD (≥ 32) candidates in both frameworks (Figure 14).

**Post-transplant mortality rates and counts:** Post-transplant mortality was comparable between the different frameworks (Figures 18-21).

**Transport metrics:** Both of the new frameworks resulted in more travel; greater transport distances and times accomplished through a higher percentage of organs being transported by air

(Figures 22-29). A similar trend between the different frameworks is consistently seen across metrics and exception and MELD groupings.

**Subgroup analysis:** At a regional level (Appendix A), for most metrics, the different frameworks showed no impact (i.e., flat line of dots), or showed the same trend as the national population. Transplant rates by exception status were the exception to this, with some regions seeing slight increases or decreases in the rate, whereas the national population had essentially uniform transplant rates between frameworks.

Overall, trends in the demographic characteristics' (age, sex, and race/ethnicity) subgroups were similar between frameworks to the total population (Appendix B). The exception to this was the pediatric subgroup, which saw reductions in MMAT (Figure 242) and increases in transplant rate (Figure 245) that differed directionally from the overall population. The trends in the transportation metrics were common across age ranges (adult and pediatric).

The trends for the socio-economic status characteristics (education, insurance type, cumulative community risk score, and urbanicity) subgroups were similar between frameworks to the total population (Appendix C).

## Study Population

Data for these policy simulations were collected between July 2013 and June 2016, post-Share35 implementation. The simulation uses donor and candidate populations created by the LSAM donor and candidate generators. This software draws on patient data for transplant candidates listed at the beginning of the data cohort period, and candidates added to the waiting list and organs donated during the data cohort period. The generators use these real patient data to create independent donor and candidate populations for each of the multiple LSAM iterations involved in simulating each allocation scenario.

## Analytical Approach

### Policy scenarios

The policy scenarios simulated as part of this request are shown below:

**Scenario 1 - Current System:** Uses current distribution and allocation order ("Share 35" with MELD sodium and HCC cap and delay). No proximity points are included, and there are no donor exclusions.

**Scenario 2 - Board Approved:** Candidates with a MELD score of at least 15 and listed at centers within either (a) the DSA of the donor hospital or (b) a 150-nautical-mile radius circle from the donor hospital receive three additional proximity points added to their lab MELD for adults and their allocation MELD/PELD for candidates aged younger than 18 years, with a sharing threshold of MELD/PELD $\geq$ 32.

Proximity points are defined as follows: At the time of the match run, liver candidates with MELD or PELD scores of 15 or higher, and registered at a transplant hospital within a 150-mile radius of the donor hospital, or within the same DSA as the donor hospital, receive three MELD or PELD points added to their score as described above.

For adults, proximity points are only added to calculated (lab) MELD score. For candidates younger than 18, proximity points are added to the allocation MELD/PELD score.

**Note:** The summation of calculated MELD scores plus proximity points will not be capped at 40; a candidate with a calculated MELD score of 38 who receives three proximity points will be given an adjusted MELD score of 41 to preserve ranking of disease severity.

**Scenario 3 - Acuity Circles (250 and 500 nautical miles):** Uses three concentric circles around the donor hospital with radii measured in nautical miles: small = 150nm, medium = 250nm, and large = 500nm.

Status 1A and 1B are allocated first at centers within the large circle, and then allocation proceeds in expanding circles (small, medium, large) for each decreasing MELD/PELD subgroup: at least 37, [33,37), [29,33), [15,29).

Centers outside of the large circle are allocated next for: status 1A, status 1B, and then MELD/PELD of at least 15.

Finally, candidates with MELD/PELD less than 15 in expanding circles, and outside of the large circle.

**Scenario 4 - Acuity Circles (300 and 600 nautical miles):** Scenario 4 uses the same rules as scenario 3 with small, medium, and large circle sizes of 150, 300, and 600 nautical miles, respectively.

**Scenario 5 - Broader 2-Circle Distribution (MELD Threshold = 35):** Uses three concentric circles around the donor hospital with radii measured in nautical miles: small = 150nm, medium = 250nm, and large = 500nm.

Status 1A and 1B are allocated first at centers within the large circle, and followed by those within the medium circle with a MELD/PELD of at least the threshold of 35.

Allocation then proceeds in expanding circles (small, medium, large) for those with MELD/PELD of at least 15.

Centers outside of the large circle are allocated next for: status 1A, status 1B, and then MELD/PELD of at least 15.

Finally, candidates with MELD/PELD less than 15 in expanding circles, and outside of the large circle.

**Scenario 6 - Broader 2-Circle Distribution (MELD Threshold = 32):** Scenario 6 uses the same rules as scenario 5 with a MELD threshold of 32.

## Metrics

SRTR assessed the following outcome metrics for the simulations:

1. Variance in median MELD/PELD at transplant by DSA
2. Median MELD/PELD at transplant
3. Transplant rates
4. Transplant counts
5. Variance in transplant rates by DSA

6. Wait list mortality rates
7. Wait list mortality counts
8. Variance in wait list mortality rates by DSA
9. Post-transplant mortality rates
10. Post-transplant mortality counts
11. Median transport time
12. Median transport distance
13. Percentage of organs flown for transport

Metrics 1 to 13 above will be assessed by subgroup populations including:

- Exception status: total, no exceptions, HCC exceptions, other exceptions
- MELD/PELD subgroups: <15, 15-24, 25-28, 29-31, 32-35, 35+ (includes Status 1A and 1B)

Color-coded maps displaying the following metrics by DSA are also included:

2. Median MELD/PELD at transplant
3. Transplant rates
4. Wait list mortality rates
5. Percentage of organs flown for transport (by both donor and transplant DSA)

The above metrics excluding those that measure variance by DSA (1, 5, 8) were assessed by OPTN region

- OPTN region: 01-11
  – By exception status
  – By MELD/PELD subgroup

Metrics 1 to 10 above were assessed by the additional subgroup populations including:

- Age: pediatric (aged younger than 18 years at listing) and adult (≥ 18 at listing)
- Sex: female and male
- Race/ethnicity: African American, Asian/Pacific Islander, Hispanic, white
- Education: high school or less, more than high school
- Insurance status: public and private
- Urbanicity: metropolitan, non-metropolitan, micropolitan, small town, rural
- Cumulative Community Risk Score (CCRS) subgroups: [0,10], (10,20], (20,30], (30,40]

Additionally, spreadsheets with the following metrics by DSA are included:

2. Median MELD/PELD at transplant
3. Transplant rates
4. Transplant counts
5. Wait list mortality rates
6. Wait list mortality counts
7. Percentage of organs flown for transport (by both donor and transplant DSA)

## Results

Results for the simulated scenarios are reported primarily in the form of plots, with each plot displaying the values for a given metric across the six scenarios simulated. In viewing these results, it is important to compare the new scenarios with the current allocation policy scenario to identify changes in outcome metrics due to the proposed policy changes. Each scenario was simulated 10 times, and the plot displays the range of results across the 10 simulations as a vertical line extending from the minimum value to the maximum value found for that metric and scenario. A point along that line marks the mean value of the metric across the 10 iterations.

### Overview Data Tables

*Table 1 Overview of Main Metrics*

| Scenario | Variance in Median Allocation MELD/PELD at Transplant | Median Allocation MELD/PELD at Transplant | Median Transport Time (hours) | Median Transport Distance (miles) | Percent of Organs Flown |
|---|---|---|---|---|---|
| Current | 9.97 (8.74,11.9) | 29 (29,29) | 1.7 (1.7,1.7) | 88.5 (86.9,90) | 50.7 (50.2,51.1) |
| Board Approved | 7.41 (6.36,8.47) | 29.1 (29,30) | 1.7 (1.7,1.7) | 100.4 (98.7,101.9) | 54.4 (53.8,54.9) |
| Acuity 250+500 | 4.33 (3.23,6.27) | 31 (31,31) | 1.9 (1.9,1.9) | 183.5 (180.4,187) | 71.4 (70.6,71.9) |
| Acuity 300+600 | 4.07 (3.13,6.18) | 31 (31,31) | 2 (2,2) | 211.3 (207.5,217) | 74 (73.6,74.4) |
| Broader 2-Circle MELD 35 | 6.74 (5.85,8.83) | 29 (29,29) | 1.8 (1.7,1.8) | 107.7 (106.1,110.2) | 58.4 (58,59.1) |
| Broader 2-Circle MELD 32 | 6.54 (5.37,8) | 29.5 (29,30) | 1.8 (1.8,1.8) | 117.1 (115.8,118.6) | 60.8 (60.3,61.5) |

All metrics reported as *mean (min, max)* across the 10 simulation iterations.

*Table 2 Overview of Additional Metrics*

| Scenario | Transplant Rate | Transplant Count | Waitlist Mortality Rate | Waitlist Mortality Count | Post-Transplant Mortality Rate | Post-Transplant Mortality Count |
|---|---|---|---|---|---|---|
| Current | 0.443 (0.435,0.451) | 6651 (6575,6727) | 0.097 (0.095,0.1) | 1455 (1425,1504) | 0.077 (0.075,0.08) | 686 (666,721) |
| Board Approved | 0.438 (0.43,0.448) | 6643 (6561,6728) | 0.091 (0.09,0.093) | 1386 (1358,1419) | 0.077 (0.075,0.079) | 684 (662,712) |
| Acuity 250+500 | 0.428 (0.422,0.436) | 6594 (6491,6672) | 0.087 (0.085,0.088) | 1341 (1310,1364) | 0.078 (0.076,0.08) | 687 (664,718) |
| Acuity 300+600 | 0.426 (0.419,0.434) | 6583 (6492,6662) | 0.085 (0.083,0.086) | 1318 (1278,1346) | 0.079 (0.078,0.08) | 688 (676,719) |
| Broader 2-Circle MELD 35 | 0.438 (0.432,0.448) | 6620 (6543,6706) | 0.095 (0.093,0.096) | 1433 (1404,1463) | 0.077 (0.073,0.08) | 676 (647,717) |
| Broader 2-Circle MELD 32 | 0.437 (0.43,0.446) | 6616 (6556,6692) | 0.094 (0.092,0.095) | 1423 (1391,1442) | 0.077 (0.076,0.08) | 682 (661,721) |

All metrics reported as *mean (min, max)* across the 10 simulation iterations.

## Transplant

**Transplant Rates by Exception Status**



*Figure 41 Transplant Rates by Exception Status - Region 1*



*Figure 43 Transplant Rates by Exception Status - Region 3*



Figure 49 Transplant Rates by Exception Status - Region 9



*Figure 51 Transplant Rates by Exception Status - Region 11*

**Transplant Counts by Exception Status**



*Figure 52 Transplant Counts by Exception Status - Region 1*

SCIENTIFIC REGISTRY OF TRANSPLANT RECIPIENTS    HRSA Contract # HHSH250201500009C    COR: Monica Lin, PhD



*Figure 54 Transplant Counts by Exception Status - Region 3*



*Figure 60 Transplant Counts by Exception Status - Region 9*

SCIENTIFIC REGISTRY OF TRANSPLANT RECIPIENTS
HRSA Contract # HHSH250201500009C
COR: Monica Lin, PhD



*Figure 62 Transplant Counts by Exception Status - Region 11*



Figure 280 Transplant Rates by CCRS