# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RANDALL CALLAHAN, KATRYNA GRISSON, CANDICE SEAMAN, MICHAEL WINGATE, EMORY UNIVERSITY D/B/A EMORY UNIVERSITY HOSPITAL, HENRY FORD HEALTH SYSTEM, INDIANA UNIVERSITY HEALTH, OREGON HEALTH & SCIENCE UNIVERSITY, PIEDMONT HEALTHCARE, THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA on behalf of its Medical Center, THE REGENTS OF THE UNIVERSITY OF MICHIGAN on behalf of its academic medical center, Michigan Medicine, SAINT LUKE'S HOSPITAL OF KANSAS CITY, UNIVERSITY OF IOWA, UNIVERSITY OF KANSAS HOSPITAL AUTHORITY, a body politic and corporate and an independent instrumentality of the State of Kansas, UNIVERSITY OF KENTUCKY, VANDERBILT UNIVERSITY MEDICAL CENTER, VIRGINIA COMMONWEALTH UNIVERSITY HEALTH SYSTEM AUTHORITY, THE WASHINGTON UNIVERSITY, and BARNES-JEWISH HOSPITAL, <br><br>   Plaintiffs, <br><br> v. <br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES | CIVIL ACTION <br> NO. _____ |

|  |  |
|---|---|
| through ALEX M. AZAR II in his official capacity as Secretary of the United States Department of Health and Human Services, and UNITED NETWORK FOR ORGAN SHARING,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiffs Randall Callahan, Katryna Grisson, Candice Seaman, Michael Wingate, Emory University d/b/a Emory University Hospital, Henry Ford Health System, Indiana University Health, Michigan Medicine, Oregon Health & Science University, Piedmont Healthcare, The Rector and Visitors of the University of Virginia, The Regents of the University of Michigan, Saint Luke's Hospital of Kansas City, University Of Iowa, University Of Kansas Hospital Authority, University of Kentucky, Vanderbilt University Medical Center, Virginia Commonwealth University Health System Authority, The Washington University, and Barnes-Jewish Hospital (collectively "Plaintiffs") respectfully move the Court for a temporary restraining order ("TRO") pursuant to Rule 65(b) of the Federal Rules of Civil Procedure ("Motion"). The proposed form of order is filed contemporaneously herewith.

By this Motion, Plaintiffs seek an Order from this Court temporarily restraining and enjoining Defendants the United States Department of Health and Human Services and the United Network for Organ Sharing (collectively "Defendants") from implementing a new policy for allocating donated livers slated to go into effect on April 30, 2019 (the "April 2019 Policy") or changing the current policy until the Court has ruled on the merits of Plaintiffs' claims.

As shown in the accompanying Memorandum of Law and exhibits,

Defendants inexplicably adopted the April 2019 Policy in obvious and unwarranted haste, based on demonstrably faulty assumptions, and without the due consideration required by applicable law.  Absent the Court's intervention, hundreds of liver transplant patients will needlessly die as livers are misdirected and left to languish, rather than put to the use intended by their generous donors.  Plaintiffs, including patients waiting for liver transplants, will be subject to irreparable harm and have no adequate remedy at law.

Plaintiffs therefore respectfully request that the Court grant their Motion.

Dated:  April 22, 2019

*/s/ Peter C. Canfield*
Peter C. Canfield
  Ga. Bar No. 107748
Jennifer Bunting-Graden
  Ga. Bar No. 188520
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA  30309
Telephone: 1.404.521.3939
Facsimile:  1.404.581.8330

*Counsel for Plaintiffs*

## **LOCAL RULE 5.1 CERTIFICATION**

I hereby certify that the foregoing MOTION FOR TEMPORARY RESTRAINING ORDER has been prepared in Times New Roman 14 point font in accordance with Local Rule 5.1.

Dated: April 22, 2019                                   Respectfully submitted,

                                                                            JONES DAY

                                                                            */s/ Jennifer Bunting-Graden*
                                                                            Jennifer Bunting-Graden