# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RANDALL CALLAHAN, KATRYNA GRISSON, CANDICE SEAMAN, MICHAEL WINGATE, EMORY UNIVERSITY D/B/A EMORY UNIVERSITY HOSPITAL, HENRY FORD HEALTH SYSTEM, INDIANA UNIVERSITY HEALTH, OREGON HEALTH & SCIENCE UNIVERSITY, PIEDMONT HEALTHCARE, THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA on behalf of its Medical Center, THE REGENTS OF THE UNIVERSITY OF MICHIGAN on behalf of its academic medical center, Michigan Medicine, SAINT LUKE'S HOSPITAL OF KANSAS CITY, UNIVERSITY OF IOWA, UNIVERSITY OF KANSAS HOSPITAL AUTHORITY, a body politic and corporate and an independent instrumentality of the State of Kansas, UNIVERSITY OF KENTUCKY, VANDERBILT UNIVERSITY MEDICAL CENTER, VIRGINIA COMMONWEALTH UNIVERSITY HEALTH SYSTEM AUTHORITY, THE WASHINGTON UNIVERSITY, and BARNES-JEWISH HOSPITAL,<br><br>        Plaintiffs,<br><br>  v. | CIVIL ACTION<br>NO. 19-cv-1783 (AT) |

1

| | |
|---|---|
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES through ALEX M. AZAR II in his official capacity as Secretary of the United States Department of Health and Human Services, and UNITED NETWORK FOR ORGAN SHARING,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF DEFENDANT U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES AS TO ORAL ARGUMENT

By Order dated May 2, 2019, this Court ordered that each party state whether it intended to present witness testimony or additional documentary evidence at the hearing on Plaintiffs' Motion for Temporary Restraining Order, on May 7, 2019. Defendant U.S. Department of Health and Human Services does not anticipate presenting any witness testimony at the hearing, and does not anticipate presenting any additional documentary evidence at this time. Although Defendant defers to the Court regarding how much argument time is necessary for the Court to fully understand the issues, Defendant anticipates that it would take, at most, forty-five (45) minutes for it to present oral argument, including any rebuttal time. Defendant anticipates that this time—up to forty-five (45) minutes of oral argument—will constitute its entire presentation.

Dated: May 5, 2019

Respectfully submitted,

JOSEPH A. HUNT
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director
Federal Programs Branch

/s/ *Michael L. Drezner*
Michael Drezner
Trial Attorney
(VA Bar No. 83836)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. St., N.W.
Washington, D.C. 20005
Telephone:  (202) 514-4505
Facsimile:  (202) 616-8460
Michael.L.Drezner@usdoj.gov

*Attorney for Defendant*