# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RANDALL CALLAHAN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, through ALEX M. AZAR II in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:19-CV-1783-AT |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1)    The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

Plaintiffs:

- Randall Callahan

1

- Katryna Grisson
- Candice Seaman
- Michael Wingate
- Emory University d/b/a Emory University Hospital
- Henry Ford Health System
- Indiana University Health
- Oregon Health & Science University
- Piedmont Healthcare, Inc.
- The Rector and Visitors of the University of Virginia
- The Regents of the University of Michigan
- Saint Luke's Hospital of Kansas City
- The University of Iowa
- The University of Kansas Hospital Authority d/b/a the University of Kansas Health System
- The University of Kentucky
- Vanderbilt University Medical Center
- Virginia Commonwealth University Health System Authority
- The Washington University
- Barnes-Jewish Hospital

Defendants:

- United States Department of Health and Human Services through Alex M. Azar II
- United Network for Organ Sharing
- Susan Jackson – Individual
- Charles Bennett – Individual

**(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

Presently unknown

**(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

| | |
|---|---|
| On behalf of Plaintiffs: | Peter C. Canfield<br>Jennifer Bunting-Graden<br>JONES DAY<br>1420 Peachtree Street, N.E., Suite 800<br>Atlanta, GA 30309<br>Telephone: 1.404.521.3939<br>Facsimile: 1.404.581.8330 |

3

|  |  |
|---|---|
|  | John M. Majoras<br>*Admitted Pro Hac Vice*<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone: 1.202.879.3939<br>Facsimile: 1.202.626.1700<br><br>Will R. Taylor<br>*Admitted Pro Hac Vice*<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, Texas 77002<br>Telephone: 1.832.239.3939<br>Facsimile: 1.832.239.3600<br><br>Glenn L. Krinsky<br>*Admitted Pro Hac Vice*<br>JONES DAY<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071<br>Telephone: 1.213.243.2540<br>Facsimile: 1.213.243.2539<br>Courtney A. Carrell<br>*Admitted Pro Hac Vice*<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, Texas 75201<br>Telephone: 1.214.969.3705<br>Facsimile: 1.214.969.5100 |
| <u>On behalf of Defendant HHS</u>: | Michael Drezner<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L. St., N.W.<br>Washington, D.C. 20005<br>Telephone: 1.202.514.4505 |

|  |  |
|---|---|
|  | Facsimile: 1.202.616.8460<br>Michael.L.Drezner@usdoj.gov |
| <u>On behalf of Defendant UNOS</u>: | Steven J. Flynn<br>GORDON REES SCULLY<br>MANSUKHANI, LLP<br>55 Ivan Allen Junior Boulevard, NW<br>7th Floor<br>Atlanta, Georgia 30308<br>Telephone: (404) 978-7316<br>Facsimile: (678) 389-8475<br>sjflynn@grsm.com<br><br>Sara Anderson Frey<br>*Admitted Pro Hac Vice*<br>GORDON REES SCULLY<br>MANSUKHANI, LLP<br>16 Independence Court<br>Boothwyn, Pennsylvania 19061<br>Telephone: (215) 561-2300<br>sfrey@grsm.com<br><br>Jay S. Blumenkopf<br>*Admitted Pro Hac Vice*<br>GORDON REES SCULLY<br>MANSUKHANI, LLP<br>124 2nd Ave., 1B<br>New York, New York 10003<br>Telephone: (212) 269-5500<br>jblumenkopf@grsm.com |
| <u>On behalf of Intervenor Defendants</u><br><u>Susan Jackson and Charles Bennett:</u> | Motty Shulman<br>*Application for admission pro hac vice pending*<br>Evelyn N. Fruchter<br>BOIES SCHILLER FLEXNER LLP<br>333 Main Street<br>Armonk, New York 10504<br>(914) 749-8200 (Telephone) |

5

|  |  |
|---|---|
|  | (914) 749-8300 (Fax)<br>mshulman@bsfllp.com<br>efruchter@bsfllp.com<br><br>Josh Belinfante<br>Matthew T. Parrish<br>ROBBINS ROSS ALLOY<br>BELINFANTE LITTLEFIELD LLC<br>500 14th Street, N.W.<br>Atlanta, Georgia 30318<br>Phone: (678) 701-9381<br>Facsimile: (404) 856-3250<br>jbelinfante@robbinsfirm.com<br>mparrish@robbinsfirm.com |
| Respectfully submitted, |  |
| Dated: May 6, 2019 | /s/ Evelyn N. Fruchter<br>Motty Shulman<br>*Application for Admission pro hac vice pending*<br>Evelyn N. Fruchter<br>Georgia Bar No. 261679<br>BOIES SCHILLER FLEXNER LLP<br>333 Main Street<br>Armonk, New York 10504<br>(914) 749-8200 (Telephone)<br>(914) 749-8300 (Fax)<br>mshulman@bsfllp.com<br>efruchter@bsfllp.com<br><br>Josh Belinfante<br>Georgia Bar No. 047399<br>Matthew T. Parrish<br>Georgia Bar No. 558262<br>ROBBINS ROSS ALLOY<br>BELINFANTE LITTLEFIELD LLC<br>500 14th Street, N.W. |

Atlanta, Georgia 30318
Phone: (678) 701-9381
Facsimile: (404) 856-3250
jbelinfante@robbinsfirm.com
mparrish@robbinsfirm.com

*Attorney for Proposed Intervenor-Defendants Susan Jackson and Charles Bennett*

## **CERTIFICATION OF FONT**

This certifies that pursuant to LR 5.1, N.D. Ga., the above and foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT, has been prepared using Century Schoolbook font, 13 point.

Dated: May 6, 2019 /s/ Evelyn N. Fruchter
Evelyn N. Fruchter
Georgia Bar No. 261679
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, New York 10504
(914) 749-8200 (Telephone)
(914) 749-8300 (Fax)
efruchter@bsfllp.com

*Attorney for Proposed Intervenor-Defendants Susan Jackson and Charles Bennett*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT, with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

Dated: May 6, 2019     /s/ Evelyn N. Fruchter
Evelyn N. Fruchter
Georgia Bar No. 261679
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, New York 10504
(914) 749-8200 (Telephone)
(914) 749-8300 (Fax)
efruchter@bsfllp.com

*Attorney for Proposed Intervenor-Defendants Susan Jackson and Charles Bennett*