IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RANDALL CALLAHAN, *et al.*, | |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES through ALEX M. AZAR II in his official capacity as Secretary of the United States Department of Health and Human Services, | CIVIL ACTION NO. 1:19-CV-1783-AT |
| Defendants. | |

## **ORDER**

This matter is before the Court on Defendant UNOS's Motion to Dismiss [Doc. 83] and Defendant HHS's Motion to Stay Proceedings Pending Appeal [Doc. 114]. The Court has recently substantively ruled on Plaintiffs' likelihood of success on the remainder of their claims based on a voluminous record. Having reviewed Defendants UNOS's Motion to Dismiss, which is based solely upon the pleadings, the Court **GRANTS IN PART** and **DENIES IN PART** the Motion to Dismiss [Doc. 83]. The Court **GRANTS** the motion as to to Count I (failure to comply with 42 C.F.R. 121.4(b)(2)), for the reasons set forth in *Callahan v. United States Dep't of Health & Human Servs. through Alex Azar II*, 939 F.3d 1251 (11th Cir. 2019). The Court **DENIES** the motion as to the remaining Counts,

as the Court has reached the likelihood of success on the merits of these counts based upon a partial record and finds that the remaining counts at the very least each have a properly pled basis for the claims.

The Court previously ordered that Defendant HHS's Answer would be due two weeks following the Court's denial of Defendant HHS's Motion to Stay (Doc. 83), or from the expiration of any such stay (*See* Doc. 119). On December 23, 2019, the Court entered an Order making the Mandate of the Court of Appeals the judgment of this Court (Doc. 246). Accordingly, Defendant's Motion to Stay [Doc. 114] is **DENIED AS MOOT**.

The Parties are **DIRECTED** to confer and discuss whether a stipulation making the Court's Order and Opinion (Docs. 260, 261) the judgment of the Court under Rule 65(a)(2) would facilitate appellate review of the case and avoid the necessity of keeping this case open in the meantime. The parties are **DIRECTED** to submit a proposed course of action to the Court by **NO LATER THAN** February 6, 2020. The deadline for Defendants to respond to the Complaint by Answer or Motion is **EXTENDED** to February 11, 2020.[1]

**IT IS SO ORDERED** this 21st day of January, 2020.

_____
**Amy Totenberg**
**United States District Judge**

---

[1] The Court denied Defendant HHS's Motion to Strike [Doc. 50] from the bench. (Transcript of May 13, 2019 Hearing at 154:3, Doc. 72). The Clerk is **DIRECTED** to terminate the motion.