IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RANDALL CALLAHAN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF HEALTH AND HUMAN ) <br> SERVICES through XAVIER ) <br> BECERRA in his official capacity as ) <br> Secretary of the United States ) <br> Department of Health and Human ) <br> Services, and UNITED NETWORK ) <br> FOR ORGAN SHARING. ) <br> ) <br> Defendants. ) <br> ) <br> ) | CIVIL ACTION NO. <br> 1:19-cv-1783-AT |

**CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to Local Rule 5.4(A), I hereby certify that on December 3, 2021 via electronic mail I caused to be served Plaintiffs' Amended Notice of Videotaped Deposition of Alexandra Glazier to the following attorneys of record for Defendant United Network for Organ Sharing:

Linda T. Coberly
Sean H. Suber
Thomas G. Weber
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601-9703

Sara Anderson Frey
Gordon Rees Scully Mansukhani, LLP
1717 Arch Street
Philadelphia, PA 19103

Kimberly C. Sheridan
Jasmine L. Peele
Gordon Rees Scully Mansukhani, LLP
55 Ivan Allen Blvd., NW, Suite 750
Atlanta, GA 30308

Courtesy copies were provided via electronic mail to counsel of record for Defendant U.S. Department of Health & Human Services and Intervenors.

On December 3, 2021, I also caused to be sent via electronic mail to counsel for Alexandra Glazier—Michael K. Fee, Verrill Dana LLP, One Federal Street, 20th Floor, Boston, MA 02110—a copy of Plaintiffs' Amended Notice of Videotaped Deposition of Alexandra Glazier.

- 3 -

Dated: December 3, 2021

Respectfully submitted,

/s/ *Peter C. Canfield*

Peter C. Canfield
Ga. Bar No. 107748
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA  30361
Telephone: (404) 581-3939
Facsimile:  (404) 581-8330

Glenn L. Krinsky
*Admitted pro hac vice*
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA  90071
Telephone:  1.213.243.2540
Facsimile:  1.213.243.2539

Courtney A. Carrell
*Admitted pro hac vice*
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: 1.214.969.3705
Facsimile: 1.214.969.5100

John M. Majoras
*Admitted pro hac vice*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: 1.202.879.3939
Facsimile: 1.202.626.1700

Will R. Taylor
*Admitted pro hac vice*
JONES DAY
717 Texas, Suite 3300
Houston, Texas 77002
Telephone: 1.832.239.3939
Facsimile: 1.832.239.3600

*Counsel for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies, pursuant to Local Rule 5.1(C), that this document has been prepared in Times New Roman, 14 point, as approved by the Court.

/s/ *Peter C. Canfield*
Peter C. Canfield
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.1, I hereby certify that on this day I electronically filed the above Certificate of Service of Discovery with the Clerk of Court using the CM/ECF system which will automatically send e-mail notifications of such filing to all attorneys of record.

Dated: December 3, 2021                     /s/  *Peter C. Canfield*
                                            Peter C. Canfield
                                            *Counsel for Plaintiffs*