## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| RANDALL CALLAHAN, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES through ALEX M. AZAR II in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*<br><br>  Defendants. | Civil Action 1:19-cv-01783-AT |

## NOTICE OF FILING

Linda T. Coberly
Thomas G. Weber
Sean H. Suber
(all *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: 312-558-5600
Facsimile: 312-558-5700
Email:  lcoberly@winston.com

Kimberly C. Sheridan
Jasmine L. Peele
GORDON REES SCULLY MANSUKHANI, LLP
55 Ivan Allen Jr. Blvd. NW, Suite 750
Atlanta, GA 30308
Telephone: 404-978-7324
Facsimile: 678-389-8475
Email: ksheridan@grsm.com

Sara Anderson Frey (*pro hac vice*)
GORDON REES SCULLY MANSUKHANI, LLP
1717 Arch Street, Suite 610
Philadelphia, PA 19103

In light of Plaintiffs' public filing of the exhibits (ECF 249-1 and 251-1) to the filings the Court ordered unsealed (ECF 249 and 251, *see* ECF 355), Defendant UNOS is following suit, attaching to this Notice and filing on the docket unsealed copies of ECF 259-1, 259-2, and 259-3, which are the previously sealed exhibits to UNOS's Response to Plaintiffs' Supplemental Brief in Support of Preliminary Injunction (ECF 259), which has already been publicly filed.

Dated: December 20, 2021

Respectfully submitted,

/s/ Linda. T. Coberly

| | |
|---|---|
| Kimberly C. Sheridan | Linda T. Coberly |
| Jasmine L. Peele | Thomas G. Weber |
| GORDON REES SCULLY | Sean H. Suber |
| MANSUKHANI, LLP | (all *pro hac vice*) |
| 55 Ivan Allen Jr. Blvd. NW, | WINSTON & STRAWN LLP |
| Suite 750 | 35 W. Wacker Drive |
| Atlanta, GA 30308 | Chicago, IL 60601 |
| Telephone: 404-978-7324 | Telephone: 312-558-5600 |
| Facsimile: 678-389-8475 | Facsimile: 312-558-5700 |
| Email: ksheridan@grsm.com | Email: lcoberly@winston.com |

Sara Anderson Frey (*pro hac vice*)
GORDON REES SCULLY
MANSUKHANI, LLP
1717 Arch Street, Suite 610
Philadelphia, PA 19103

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant United Network for Organ Sharing hereby certifies that on this 20th day of December, 2021, he caused a copy of the foregoing to be served via email on counsel of record for Plaintiffs:

By: /s/ Thomas G. Weber
*Counsel for Defendant United Network for Organ Sharing*
