# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| RANDALL CALLAHAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES through XAVIER BECERRA in his official capacity as Secretary of the United States Department of Health and Human Services, and UNITED NETWORK FOR ORGAN SHARING, <br><br> Defendants. | Civil Action No.: 1:19-cv-1783-AT |

## MOTION TO WITHDRAW

COMES NOW Courtney A. Carrell, counsel of record for Plaintiffs, who respectfully requests that the Court allow her to withdraw from representing Plaintiffs in this matter. In support hereof, Ms. Carrell states as follows:

1. Ms. Carrell is leaving the law firm of Jones Day.

2. Peter C. Canfield, Glenn L. Krinsky, John M. Majoras, and William R. Taylor will remain counsel of record for Plaintiffs.

3. Ms. Carrell's withdrawal will not prejudice any party.

WHEREFORE, Ms. Carrell respectfully moves the Court for an order allowing her to withdraw from representing Plaintiffs in this action.

Dated: June 2, 2022

Respectfully submitted,

/s/ Courtney A. Carrell
Courtney A. Carrell
*Admitted pro hac vice*
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: 1.214.969.3705
Facsimile: 1.214.969.5100

John M. Majoras
*Admitted pro hac vice*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: 1.202.879.3939
Facsimile: 1.202.626.1700

Peter C. Canfield
Ga. Bar No. 107748
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309
Telephone: 1.404.521.3939
Facsimile: 1.404.581.8330

Glenn L. Krinsky
*Admitted pro hac vice*
JONES DAY
555 South Flower St., 50th Floor
Los Angeles, CA 90071
Telephone: 1.213.243.2540
Facsimile: 1.213.243.2539

Will R. Taylor
*Admitted pro hac vice*
JONES DAY
717 Texas, Suite 3300
Houston, Texas 77002
Telephone: 1.832.239.3939
Facsimile: 1.832.239.3600

*Counsel for Plaintiffs*

## LOCAL RULE 5.1 CERTIFICATION

I hereby certify that the foregoing has been prepared in Times New Roman 14 point font in accordance with Local Rule 5.1.

Dated: June 2, 2022                             Respectfully submitted,

                                                JONES DAY

                                                */s/ Courtney A. Carrell*
                                                Courtney A. Carrell
                                                *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on June 2, 2022, I have caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>*/s/ Courtney A. Carrell*</u>
Courtney A. Carrell
*Counsel for Plaintiffs*