# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT
# OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| RANDALL CALLAHAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES through XAVIER BECERRA in his official capacity as Secretary of the United States Department of Health and Human Services, and UNITED NETWORK FOR ORGAN SHARING, <br><br> Defendants. | Civil Action No.: 1:19-cv-1783-AT <br><br> **MOTION TO WITHDRAW** |

Evelyn N. Fruchter, counsel of record for Intervenor Defendants, respectfully requests that this Court allow her to withdraw from representing Intervenor Defendants in this matter. In support thereof, Ms. Fruchter states as follows:

1. Ms. Fruchter is leaving the law firm of Cyrulnik Fattaruso LLP.

2. Intervenor Defendants will continue to be represented by Motty Shulman of Fried, Frank, Harris, Shriver & Jacobson LLP and Joshua Barrett Belinfante and Matthew T. Parrish of Robbins Alloy Belinfante Littlefield LLC.

3. Ms. Fruchter's withdrawal will not prejudice any party.

2

4. Ms. Fruchter respectfully moves the Court for an order allowing her to withdraw from representing Plaintiffs in this action.

Dated: October 19, 2022

                                                        Respectfully submitted,

                                                        /s/ Evelyn N. Fruchter
                                                        Motty Shulman
                                                        Fried, Frank, Harris, Shriver
                                                        & Jacobson LLP
                                                        One New York Plaza
                                                        New York, NY 10004
                                                        Tel: (212) 859-8000
                                                        Fax: (212) 859-4000
                                                        Motty.Shulman@friedfrank.com

                                                        Evelyn N. Fruchter
                                                        Cyrulnik Fattaruso LLP
                                                        55 Broadway, Third Floor
                                                        New York NY 10006
                                                        404.309.5541
                                                        efruchter@cf-llp.com