IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RANDALL CALLAHAN, *et al.*, | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 1:19-cv-1783-AT |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES through XAVIER BECERRA in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, | |
| Defendants. | |

## **ORDER**

The Court hereby authorizes the continued appointment of the Special Master in this matter under the terms set forth in the parties' Joint Motion Regarding Special Master (Doc. 381).

**IT IS SO ORDERED** this 3rd day of February, 2023.

_____
**AMY TOTENBERG
UNITED STATES DISTRICT JUDGE**